IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Melton K. West, | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF REMOVAL** |
| | ) | |
| v. | ) | |
| | ) | |
| Waletich Corporation d/b/a Waletich Transportation and Jonathan B. Williams, | ) | |
| | ) | |
| Defendants. | ) | |

**TO PLAINTIFFS AND THEIR COUNSEL:**

Defendants Waletich Corporation d/b/a Waletich Transportation and Jonathan B. Williams, by and through undersigned counsel, hereby remove the above-entitled action from the Court of Common Pleas, Orangeburg County, to this Court, pursuant to 28 U.S.C. §§ 1332, 1441(a) and (b), and 1446 on the following grounds:

1. On or about June 11, 2025, a civil action was filed in the Court of Common Pleas, Orangeburg, South Carolina, styled *Melton K. West vs. Waletich Corporation d/b/a Waletich Transportation and Jonathan B. Williams* Case No. 2025-CP-38-00793 (the "State Court Action").

2. Not more than thirty days ago, the last served Defendant was served with a copy of the Summons and Complaint in the State Court Action. This Notice of Removal is filed within thirty days of that service.

3. Prior to filing this Notice of Removal, Defendants have made no answer, pleading, or appearance in the State Court Action.

1

4. The Complaint is based upon damages claimed as arising from an automobile accident between one or more of the parties. The amount in controversy is greater than $75,000.

5. Plaintiff was a citizen and resident of the State of North Carolina at the time of the accident.

6. Defendant Jonathan B. Williams. ("Defendant Williams") is and was at all times relevant hereto, a citizen and resident of Peach County, in the State of Georgia.

7. Defendant Waletich Corporation d/b/a Waletich Transportation (hereinafter "Defendant Waletich") is and was at all times relevant hereto, a Minnesota corporation with its principle place of business in Minnesota.

8. Accordingly, there is complete diversity of citizenship among the parties as Plaintiff is a citizen and resident of a state other than those of Defendants, for purposes of this Court's exercise of jurisdiction pursuant to 28 U.S.C. § 1332.

9. All Defendants join in this removal.

10. Written notice of the filing of this Notice of Removal has been served on all parties herein and a copy of this notice has been filed with the Clerk of Court of Orangeburg County, South Carolina.

11. This Notice of Removal is filed in compliance with Rule 11, Federal Rules of Civil Procedure.

12. Attached as **<u>Exhibit A</u>** are copies of all processes and other documents filed in the State Court Action.

13. Defendants are filing this notice solely by reason of the requirements of 28 U.S.C. § 1446, this notice has been timely filed pursuant to 28 U.S.C. § 1446(b), and removal is proper under 28 U.S.C. § 1446(c).

14.     Defendants reserve all defenses, including but not limited to, those under Rule 12(b) of the Federal Rules of Civil Procedure and do not waive said defenses by the filing of this Notice.

WHEREFORE, Defendants respectfully pray that the above-entitled action now pending against them in the Court of Common Pleas, Orangeburg County, South Carolina, be hereby removed from the above-referenced State Court to the United States District Court for the District of South Carolina.

This 28 day of July, 2025.

                                                s/ Robert D. Moseley, Jr.
                                                Robert D. Moseley, Jr. (# 5526)
                                                Moseley Marcinak Law Group LLP
                                                PO Box 26148
                                                Greenville, South Carolina 29616
                                                (864) 248-6025 (864) 248-6035 (Fax)
                                                Rob.Moseley@momarlaw.com
                                                *Attorney for Defendants*

5546653.1