IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Melton K. West, | ) | C.A. No.: 5:25-cv-08705-MGL |
| | ) | |
| Plaintiff, | ) | **NOTICE OF FILING** |
| | ) | |
| v. | ) | |
| | ) | |
| Waletich Corporation d/b/a Waletich Transportation and Jonathan B. Williams, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

The undersigned attorney for the Defendants in this action hereby states that on the 6th day of August, 2025, he filed with the Clerk of Court for Orangeburg County, a copy of the Notice of Removal, together with a copy of the original Summons and Complaint in the action. A copy of the Acknowledgement by the Orangeburg County Clerk of Court is attached.

Respectfully submitted this 18th day of August, 2025.

    s/ Robert D. Moseley, Jr.
Robert D. Moseley, Jr. (# 5526)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
*Attorney for Defendants*