# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
C.A. No. 5:25-CV-08705-MGL

| | |
|---|---|
| Melton K. West, | ) |
| | )    STATE COURT ACKNOWLEDGEMENT |
| | )            OF NOTICE OF REMOVAL |
|       Plaintiff, | ) |
| | )    State Court No. 2025-CP-38-00793 |
| v. | ) |
| | ) |
| Waletich Corporation d/b/a Waletich | ) |
| Transportation and Jonathan B. Williams, | ) |
| | |
|       Defendants. | |

I, the undersigned Clerk of Court for the Court of Common Pleas for Orangeburg County, South Carolina, acknowledge that I have on this day received from Robert D. Moseley, Jr., attorney for the Defendants in this matter, a copy of the Notice of Removal To the United States District Court of the civil action, which was instituted in the Court of Common Pleas for Orangeburg County and assigned Civil Action No. 2025-CP-38-00793 from said Court to the United States District Court for the District of South Carolina, Orangeburg Division, which said Notice of Removal appears to have been filed in the United States District Court for the District of South Carolina, Orangeburg Division, on the 28th day of July, 2025, and I have filed a copy of said Notice in my office this 6th day of August, 2025.

                                                                                                _____
                                                                                                Clerk of Court of Common Pleas
                                                                                                County of Orangeburg, South Carolina



Common Pleas

**Case Caption:**  Melton K West VS Waletich Corporation D/B/A Waletich Transportation , defendant, et al

**Case Number:**  2025CP3800793

**Type:**  Acknowledgement of Filing of Removal

And It is So Ordered

S/Winnifa B. Clark

Electronically signed on 2025-08-18 09:53:12     page 2 of 2