IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Melton K. West, | C.A. No.: 5:25-cv-08705-MGL |
| Plaintiff, | **JOINT RULE 26(f) REPORT** |
| v. | |
| Waletich Corporation d/b/a Waletich Transportation and Jonathan B. Williams, | |
| Defendants. | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

5605410.2

## **RESPONSES TO FEDERAL RULE CIVIL PROCEDURE 26(F)**

**(1)     What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made.**

Disclosures will be made as indicated in the Amended Conference and Scheduling Order.

**(2)     The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues.**

The parties anticipate discovery on, at least, the following subjects: (a) liability and (b) damages. At this time, there is no anticipation of a need to limit discovery or conduct discovery in phases.

**(3)     Any issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced;**

The parties do not currently anticipate electronically stored information will be at issue in this matter. Any electronically stored information will be produced in PDF form. Counsel for the respective parties will consult regarding any formatting issues for electronic productions.

**(4)     Any issues relating to claims of privilege or of protection as trial preparation material, including – if the parties agree on a procedure to assert such claims after production – whether to ask the court to include their agreement in an order.**

2

The parties are not aware of any such issues at this time.

**(5)     What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.**

The parties are not currently aware of any necessary limitations or changes that will be necessary.

**(6)     Any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c).**

The parties anticipate submitting a motion for a protective order.  Otherwise, the parties request no Order by the Court at this time.

**II.     Local Civil Rule 26.03 Responses**

The parties have agreed to submit separate 26.03 responses.

s/*James G. Biggart II*
JAMES G. BIGGART II, ESQ.
Federal ID: 14195
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Bella Oaks Drive, Suite 300
North Charleston SC, 29405
Telephone: (843) 947-5186
Fax: (843) 947-6113
jbiggart@forthepeople.com
biggartlitigation@forthepeople.com
*Attorney for Plaintiff*

*s/ Robert D. Moseley, Jr.*
Robert D. Moseley, Jr. (# 5526)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
*Attorney for Defendants*

5605410.2