IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

|  |  |  |
|---|---|---|
| Melton K. West, | ) | |
| | ) | C.A. No. 5:25-cv-08705-MGL |
| Plaintiff, | ) | |
| | ) | **CONSENT MOTION FOR ENTRY** |
| v. | ) | **OF CONFIDENTIALITY ORDER** |
| Waletich Corporation d/b/a Waletich Transportation and Jonathan B. Williams, | ) | |
| Defendants. | ) | |

CONSENT:

The attached proposed Confidentiality Order is requested:

☒     by consent of all parties.

CONTENT:

The attached proposed Confidentiality Order:

☐     is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

1.    The standard form has been revised by deleting the Reading Room provision.

[SIGNATURES ON FOLLOWING PAGE]

5816432.1

**I SO MOVE:**

s/ Robert D. Moseley, Jr.
Robert D. Moseley, Jr. (Fed. Bar. No. 64084)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (Office)
(864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
*Counsel for Defendants*

**I SO CONSENT**

s/ Cooper Klaasmeyer
James G. Biggart II (Fed ID 14195)
Cooper Klaasmeyer (Fed ID 14272)
4401 Bell Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5186
Fax: (843)973-5208
Biggartlitigation@forthepeople.com
Cooper.klaasmeyer@forthepeople.com
*Attorneys for Plaintiff*

March 25, 2026

2