IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG  DIVISION

|  |  |  |
|---|---|---|
| MELTON K. WEST, | ) | C.A. No.: 5:25-cv-08705-MGL |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **SECOND AMENDED CONFERENCE** |
| v. | ) | **AND SCHEDULING ORDER** |
|  | ) |  |
| WALETICH CORPORATION d/b/a | ) |  |
| WALETICH TRANSPORTATION and | ) |  |
| JONATHAN B. WILLIAMS, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1.    Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed.R.Civ.P. 26(a)(2)(B) has been disclosed to other parties by **May 1, 2026.**

2.    Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed.R.Civ.P. 26(a)(2)(B) has been disclosed to other parties by **June 15, 2026.**

3.    Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **August 31, 2026**.  Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure.  (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

4.    Discovery shall be completed no later than **September 14, 2026**.  All discovery requests shall be served in time for the responses thereto to be served by this date.  De Bene esse depositions must be completed by discovery deadline.  No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Lewis in an attempt to resolve the matter informally.  **The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion.  Attorneys should send a request for a telephone conference via e-mail to Lewis_ecf@scd.uscourts.gov**.

5.    Motions in limine must be filed at no later than **November 9, 2026**.  Written responses are due seven (7) days thereafter.

6.    All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or

5783143.3

before **October 13, 2026**.  (Fed.R.Civ.P.16(b)(3)(A)).

7.     Mediation shall be completed in this case on or before **October 13, 2026**.  See Judge Lewis' Standing Mediation Order which sets forth mediation requirements.

8.     No later than **November 12, 2026** the parties shall file and exchange Fed.R.Civ.P. 26(a)(3) pretrial disclosures.  Within fourteen (14) days thereafter, a party shall file and exchange Fed.R.Civ.P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed.R.Civ.P. 32(a)(6).

9.     Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05).  Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits.  See Local Civil Rule 26.07.

10.    This case is subject to being called for jury selection and/or trial on or after **November 12, 2026.**


s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

March 25, 2026
Columbia, South Carolina

5783143.3