5:25-cv-08705-MGL    Date Filed 06/15/26    Entry Number 26    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Melton K. West, | ) | **C.A. No.: 5:25-cv-08705-MGL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' EXPERT** |
| | ) | **DISCLOSURES** |
| Waletich Corporation d/b/a Waletich Transportation and Jonathan B. Williams, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants Waletich Corporation d/b/a Waletich Transportation and Jonathan B. Williams ("Defendants") by and through their undersigned attorney, respectfully submit this list of expert witnesses who may be called upon to testify at the trial of this case.

1.      The Defendants certify that the information provided by Rule 26(a)(2)(B) has been served upon and disclosed to all parties with respect to the following witnesses who have been retained and specially employed by Defendants to provide expert testimony in this case:

a.      Robert M. DaSilva, MD
1910 Blanding Street
Columbia, South Carolina 29201

Dr. DaSilva is a board-certified orthopedic surgeon. He is currently employed at Midlands Orthopaedics & Neurosurgery in Columbia, South Carolina. Dr. DaSilva is expected to provide testimony regarding the opinions to a reasonable degree of medical certainty in his report relating to his analysis of records related to the above captioned case. Specifically he will be reviewing Plaintiff's medical records and imaging and films related to his shoulder. He will provide opinions regarding causation of Plaintiff's alleged shoulder condition, the medical necessity of Plaintiff's surgery, future recommended shoulder surgery, and whether surgery would be causally related to the subject accident in accordance with his written report.

1

5884231.1

Defendants are providing Plaintiff with a copy of Dr. DaSilva's written report, which includes, but is not limited to, statement of all opinions he holds in this case and the basis for such opinions, a CV outlining his qualifications and experience, a testimony log which lists all cases in which he has testified as an expert at trial or by deposition in the last 3 years, and a statement of compensation (Fee/Cost Summary), and anything else, including all exhibits, photographs, videos, and otherwise, set forth in his written report. Defendant reserves the right to provide supplements to Dr. DaSilva's report as discovery is ongoing.

2.    Defendants disclose the following witnesses who may testify at trial to present evidence under Federal Rules of Evidence 702, 703, or 705, but who have not been retained or specially employed by Defendants to provide expert testimony in this case. Accordingly, these witnesses are exempted from the requirements of Rule 26(a)(2)(B) but are so identified pursuant to Rule 26(a)(2)(A) and Rule 26 (a)(2)(C).

a.    Providers who treated Plaintiff following the accident that is the subject of this lawsuit. Each is expected to offer expert testimony regarding his or her treatment of Plaintiff.

3.    These Defendants reserve the right to call and elicit expert testimony from any expert witness specially retained by any other party to this litigation.

Defendants further reserve the right to supplement this list of experts as Plaintiff's medical care is ongoing and/or should the case develop in such a way to warrant additional expert testimony on Defendants' behalf. Defendants further reserve the right to elicit expert testimony from individuals named as experts by other parties and other witnesses later identified who may qualify as experts under the Federal Rules of Evidence.

*[Signature on the Following Page]*

2

5884231.1

Respectfully submitted,

 s/Robert D. Moseley, Jr.
Robert D. Moseley, Jr. (# 5526)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
*Attorneys for Defendants*

June 15, 2026

3

5884231.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Melton K. West, | ) | **C.A. No.: 5:25-cv-08705-MGL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Waletich Corporation d/b/a Waletich Transportation and Jonathan B. Williams, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

　　　　IT IS HEREBY CERTIFIED that a copy of Defendants' Expert Disclosures were served upon counsel of record via electronic mail the 15th day of June, 2026, addressed as follows:

James G. Biggart II (jbiggart@forthepeople.com)
Cooper Klaasmeyer (biggartlitigation@forthepeople.com)
MORGAN & MORGAN P.A.
4401 Belle Oaks Drive, Suite 300 North
Charleston, SC 29405
*Attorneys for Plaintiff*

　　　　　s/Robert D. Moseley, Jr.　　　　
Robert D. Moseley, Jr. (# 5526)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
*Attorneys for Defendants*

4