IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Melton K. West,<br><br>Plaintiff,<br><br>v.<br><br>Waletich Corporation d/b/a Waletich Transportation and Jonathan B. Williams,<br><br>Defendants. | C.A. No.: 5:25-cv-08705-MGL<br><br>**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PUNITIVE DAMAGES** |

Defendants Waletich Corporation d/b/a Waletich Transportation and Jonathan B. Williams (collectively, "Defendants"), by and through their undersigned counsel, hereby move for partial summary judgment as to Plaintiff's claim for punitive damages pursuant to Rule 56 of the Federal Rules of Civil Procedure. The grounds for this motion are more fully set forth in Defendants' Memorandum in Support of Motion for Partial Summary Judgment as to Punitive Damages, and the exhibits attached thereto, which is filed herewith. Defendants are entitled to judgment in their favor as a matter of law as to Plaintiff's claim for punitive damages because Plaintiff has come forward with no evidence, much less clear and convincing evidence, that either Defendant acted willfully, wantonly, or recklessly. See S.C. Code Ann. § 15-32-520(D). Therefore, Plaintiff cannot sustain a claim for punitive damages against Defendants.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum, Defendants pray that partial summary judgment be entered in their favor as a matter of law on Plaintiff's claim for punitive damages, and that the Court grant such other relief as it deems appropriate and just.

Respectfully submitted this 13TH day of October, 2026.

s/ Robert D. Moseley, Jr.
Robert D. Moseley, Jr. (# 5526)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
*Attorney for Defendants*