# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
CASE NO. 5:25-CV-08705-MGL

MELTON K. WEST,

Plaintiff,

WALETICH CORPORATION d/b/a
WALETICH TRANSPORTATION AND
JONATHAN B. WILLIAMS,
Defendants.

---

VIDEOTAPED
DEPOSITION OF: MELTON K. WEST

DATE: February 9, 2026

TIME: 12:53 p.m.

LOCATION: Martineau King PLLC
8701 Red Oak Boulevard
Charlotte, NC

TAKEN BY: Counsel for the Defendants

REPORTED BY: Sherri L. Puleo, Court Reporter

APPEARANCES OF COUNSEL:

ATTORNEYS FOR THE PLAINTIFF
MELTON K. WEST:

MORGAN & MORGAN
BY: COOPER KLAASMEYER
4401 Belle Oaks Drive, 3rd Floor
North Charleston, SC 29405
843-481-0411
cooper.klaasmeyer@forthepeople.com

ATTORNEYS FOR THE DEFENDANTS
WALETICH CORPORATION d/b/a WALETICH
TRANSPORTATION AND JONATHAN B. WILLIAMS:
MOSELEY MARCINAK LAW GROUP LLP
BY: ROBERT D. MOSELEY
PO Box 26148
Greenville, SC 29616
864-248-6025
rob.moseley@momarlaw.com

ALSO PRESENT:
DAVID COOPER, LEGAL VIDEOGRAPHER

(INDEX AT REAR OF TRANSCRIPT)



* * * * * * * * * * *

VIDEOGRAPHER: We are going on the record at 12:53:27 p.m. Monday, February 9, 2026. Here begins media unit number one in the video-recorded deposition of Melton K. West taken by Counsel for the Defendant. In the matter of Melton K. West versus Waletich Corporation, d/b/a Waletich Transportation and Jonathan B. Williams. In the Unitd States District Court, for the District of South Carolina, Orangeburg Division, Case Number 5:25-CV-08705-MGL.

This video deposition is taking place at Martineau King, PLLC. Located at 8701 Red Oak Boulevard, Suite 100, Charlotte, North Carolina 28217.

My name is David Cooper. I'm the Certified Legal Videographer with Veritext. I am not authorized to administer an oath. I am not related to any party in this action. Nor am I financially interested in the outcome.

Counsel and all those present will now state their appearance and affiliation for the record. If there are any objections to the proceeding, please state them at the time of your appearance beginning with the noticing attorney.



MR. MOSELEY: This is Rob Moseley, and I represent Waletich, and also driver Jonathan Williams.

MR. KLAASMEYER: Cooper Klaasmeyer here on behalf of Plaintiff, Melton West.

VIDEOGRAPHER: The Court Reporter, Sherri Puleo, will now swear in the Witness.

MELTON WEST

being first duly sworn, testified as follows:

EXAMINATION

BY MR. MOSELEY:

Q. Mr. West, my name's Rob Moseley. We were introduced briefly before the deposition started. I have reviewed your records. You seem like a -- a really nice fellow. I'm going to try to ask you some questions and make this as easy as possible on you.

If -- if I ask you a question and it doesn't make sense or is confusing, I'd ask that you stop me and tell me "I don't understand that," and I'll try to ask a better question. Okay?

A. (Head movement)

Q. Now, you'll have to answer out loud because she's taking down what you say. So -- so I'll need --



A. Yes, sir.

Q. Okay. -- I'll need you to say "yes" or "no."

Are -- are you -- are -- are you feeling okay today?

A. Yeah.

Q. Okay. Do you have any -- any -- are you under --

Have you taken any medication or anything like that today?

A. I took something for pain.

Q. Okay. For your shoulder?

A. Yeah.

Q. Okay. And you referenced your right shoulder?

A. Yes, sir.

Q. Okay. And what did you take today?

A. Meloxicam.

Q. Okay. Is that -- is that what you normally take?

A. Yeah. My family physician prescribed it for me for the pain.

Q. Okay. Is there anything else that would prevent you from answering my questions truthfully today?

Page 6

A. No, sir.
Q. Okay. This is not a -- a contest to see how long I can keep you in here without letting you go to the bathroom or give you something to drink or anything like that. So if you want a break, let me know and you can have a break. Okay?
A. All right, sir.
Q. All right. And --
All right. Can you give me your full name, please.
A. My full name is Melton Keith ton West.
Q. Okay. And where do you live?
A. 7415 Autumn Trail, Charlotte, North Carolina 28213.
Q. Okay. And how long have you been at that address?
A. About 30 years now.
Q. Okay. Who lives with you there at that -- at that address?
A. No one.
Q. Okay. And there was a -- a lady out in the hall here, is she -- did she drive you here?
A. Yes, sir.
Q. Okay. Who is that?
A. That's Kathy Nelson.

Page 7

Q. Okay. And I notice Ms. Nelson is listed as a witness in this case.
What's your relationship with Ms. Wilson?
A. She's just a --
Q. I'm sorry, Nelson.
A. -- she's just a good friend.
Q. Okay. And you-all -- you-all aren't -- aren't dating and haven't been married or dated before?
A. No.
Q. Okay. All right. What do you think she would tell me about the way this accident affected you?
MR. KLAASMEYER: Object to the form of the question.
You can answer.
THE WITNESS: I don't know.
BY MR. MOSELEY:
Q. You -- you -- you have any idea what she thinks about what happened to you?
MR. KLAASMEYER: Same objection.
You can answer. You can answer.
THE WITNESS: She knows that my shoulder's hurt, and workers' comp is not okaying the things to have it repaired.

Page 8

BY MR. MOSELEY:
Q. Okay. Does she take you to all your appointments?
A. When she can, yes. She's very good at it.
Q. Okay. And does she go in to see the doctor with you, or does she sit in the waiting room?
A. Sometimes I'll ask her to go in the doctor. She understands a little bit more than I would. And again, there's some questions that I don't think of that she does and she'll ask.
Q. Okay. How long have you known Kathy?
A. Since college, 35 for 40 years.
Q. Okay. All right. And the -- and -- and a lot of this case is -- is about your shoulder, your right shoulder.
A. Right.
Q. I understand that -- that -- that you had a right shoulder surgery prior to this accident; is that right?
A. Yes, sir.
Q. Okay. And --
A. No. No. Wait a minute. Wait a minute. Say that again, please.

Page 9

Q. Be --
A. Prior to the surgery?
Q. No. No. Prior to this accident in February the 23rd of 2024.
This accident was on February the 23rd of 2024, when -- when you were in the truck for the Salvation Army, you had had -- you had had shoulder surgery just a little bit before that, right?
A. No, sir. That's wrong.
Q. That's wrong?
A. Yes.
Q. Okay. You had not had shoulder surgery before the accident?
A. I had, but it wasn't just a little while.
Q. Okay.
A. I think it was like in 2008, if I'm not mistaken.
Q. 2008?
A. Yeah.
Q. You think it was more than ten years before the accident?
A. Yeah.
Q. Okay.
A. And it wasn't very much either, it was just a little tiny separation, less than a quarter

of an inch.
Q. All right. Would it -- would it surprise you that my records show that you had -- you had -- you had the surgery in 2018?
I'm not trying to trick you. I'm just -- I'm looking at the records. The records I have show that your shoulder surgery was 2018.
A. It could of been, but I -- I really don't remember the exact thing.
Q. Okay. What -- but you do -- you do remember having a surgery before the accident on the interstate in the -- in the Salvation Army truck?
A. Would you mind repeating that?
Q. Well --
A. I don't understand.
Q. -- why don't -- why don't you do -- I'll do better. I'll ask a better question.
Tell me in -- in your own words what the history of your right shoulder is as far as medical treatment, what you remember.
A. Okay. The only thing was, you say it was 2018, that could be right, you know. I don't keep up with dates no more than I keep up with even my own kids' birthdays.



But I -- at that time, I went to the doctor over off Randolph road, I can't pronounce his name so it doesn't do me any good --
Q. Okay.
A. -- I had it operated on. Like I said, he showed me -- must of been a CT scan since x-rays don't do muscles, and it was only about less than a quarter or -- or something like that, and he repaired it, and there's no problem.
Q. Okay. And was it completely better after the surgery?
A. Yeah.
Q. You -- did you not --
Did you have any problem with it, whatsoever?
A. No.
Q. And do you remember -- you don't remember the doctor's name that did that surgery?
A. It was a foreign name. I don't remember the name of it, no. You probably have it in your records, but I don't.
Q. Was -- was he part of Novant Health?
A. Sir, that's been so long ago, I don't really know.
Q. Okay.



A. But I've been with Novant for a number of years, yes, but I don't know then or not.
Q. Okay. Romanowski, does that sound like him?
A. That sounds like him.
Q. Okay. Did -- before you got the surgery, did they -- did they try injections into your shoulder?
A. Sir, which surgery are you talking about?
Q. The -- the -- the one you just described that -- that I think happened in 2018, did they do -- did they do injections before that?
A. No. He saw the fact that it was separated, and it didn't take much and he -- he fixed it, and that was it.
Q. Okay. And -- and -- and between -- between that surgery and the accident that you were involved in in the -- in the -- in the Salvation Army truck, was there -- did you have any complaints or treatment other than for your right shoulder?
A. No, sir.
Q. Okay.
Q. And the -- the day of the accident, did -- did you report a shoulder injury?



A. I went and had x-rays at a Novant -- that quick thing, whatever it's called, and of course that was for just bones; and then about two, three days later, if that long, I noticed it kept on hurting, and I went to Dr. Martin to have it checked out.
Q. Okay. And Dr. Martin is not the doctor who did your first surgery?
A. No. You just told me the name of it.
Q. Okay. The -- why -- why didn't you go back to Dr. Romanowski?
A. 'Cause I really didn't even remember having the thing. And I -- I was supposed to go make sure it was a Novant facility.
Q. Okay. And the -- the day of the accident when you said you went to the Novant clinic, was that here in Charlotte?
A. Yes, sir, it was.
Q. Okay. Now, the accident was down in Orangeburg County, South Carolina; did you -- did you go to any treatment down there?
A. No, I did not.
Q. Okay. Did -- how did you get to Dr. Martin?
How did you -- how did you find Dr.

Page 14

Martin?
How did you identify Dr. Martin?
A. The people at that Novant recommended him.
Q. They referred you there?
A. Yeah. I did not realize at the time -- I never handled anything with workers' comp before -- that I was supposed to do -- go to the doctor she recommends. So the -- the lady at workers' comp said, "Go ahead and see him."
Q. Dr. Martin?
A. Yeah.
Q. Okay. What's your date of birth?
A. 6/4/47.
Q. Which makes you how old?
A. Seventy-eight years old.
Q. Do you still have a CDL?
A. Yeah, I -- I just -- I don't have it where I can handle passengers out of state.
Q. When was the last time you had a DOT medical exam?
A. A couple years ago.
Q. Who did that for you?
A. There's a Cen- -- Century or something like that over on South Boulevard.

Page 15

Q. What's it called?
A. Cen- -- Centurian or --
Q. Centurian?
A. That sounds like it, but I -- I don't know. I never got somebody to give me the correct answer.
Q. And it's -- it's -- where did you say it was?
A. South Boulevard.
Q. And is that -- did the Salvation Army send you there to get that done?
A. Yeah. They -- I was working for Salvation Army, and every year I would have a physical and that way I can get -- I have to have a certificate along with my license to drive.
Q. Okay. And -- all right.
Don't -- don't put this on the transcript.
What's your Social Security.
(Off-the-record testimony)
Q. Thank you.
Have you ever been married?
A. Yes.
Q. What was your -- how many times were you married?

Page 16

A. One. My wife passed away from cancer.
Q. Okay. And how long were you-all married?
A. I think 27 years.
Q. What was her name?
A. Wanda.
Q. And you-all had -- you-all had children? I heard you say something about children?
A. Right. I have -- we have a boy and a girl.
Q. Okay. What's the boy's name?
A. Michael.
Q. Where does he live?
A. He lives in Durham or Raleigh. That area in there.
Q. What does he do for a living?
A. I think he's sales manager or something like that, but I'm not positive.
Q. What does he sell?
A. Windows.
Q. Windows.
A. -- and stuff, lumber. Little bit of everything for building and all. Building supply house.
Q. Okay. And how about your daughter, what's her name?

Page 17

A. Her name is Michelle Karen. No, she doesn't work. She had cancer, and this last time they said that you need to go on disability and --
Q. Okay.
A. -- I don't know what all that's about, but, you know.
Q. Is Michelle married?
A. Yes, she is.
Q. And -- and is Karen her last name or is that --
A. No, no, that's her middle name.
Q. What's her last name?
A. Herbert.
Q. Okay.
A. Can you spell that?
Q. Yes, sir.
A. H-E-B-E-R-T.
Q. Yes, sir.
A. Most people...
Q. You got to spend some time in Louisianna to get that one right.
A. Yeah.
Q. Okay. What's her husband's name?
A. Dave.
Q. And what's Dave do?

Page 18

A. He's retired.
Q. Okay. And how many grandkids do you have?
A. One, two, three, four; yes, four.
Q. And -- and I'm sorry to ask you this: What kind of cancer did your wife die of?
A. She had stomach cancer.
Q. And when did she pass away?
A. About eight years or so ago now. I'm not sure exactly.
Q. Okay. Are you a member of a -- a church or any other civic groups or organizations?
A. The Salvation Army.
Q. Okay.
A. You do realize they have a church, right?
Q. Yes, sir. Yes, sir.
A. Okay.
Q. You go to that -- you go to their service?
A. I go to the service and plus I work there.
Q. Right. Does -- does Kathy Nelson go there too?
A. No, she does not.
Q. Okay. How far did you go in school?

Page 19

You said something about being in college?
A. I -- I had some college. I never did get my associate's degree. But I had like -- like two courses getting it. I just stopped. I don't know why.
Q. And where were you going to school?
A. Central Piedmont.
Q. And what was it -- was it --
Where did you go to high school?
A. Garinger.
Q. Did you go to truck driving school?
A. No, sir. I had no reason to go to truck driving school.
Q. Okay. Did you -- did you ever do any -- any other training other than the college classes that you have?
A. I don't understand what you're saying.
Q. Sure.
A. What kind of training?
Q. Any -- any kind of training at all that you can think of. Like did you do any technical school or -- or -- that you --
You said you have a CDL, you -- you -- you got that -- you didn't get that from going to

Page 20

class and going to a school?
A. No, sir. I --
Q. You just took the -- you just took the test?
A. Yeah.
Q. Okay. And any other -- you know, learn how to weld? Be a chief? Anything like that?
A. No, sir.
Q. Okay. Are you still working at the Salvation Army today?
A. Not now. I'm on workers' comp right now.
Q. Okay. And -- but you returned to -- to the job after the accident, right?
A. I did.
Q. And how long did you work before you stopped working?
A. It wasn't about a day or two. It was beginning to aggravate me quite a bit.
Q. Is that an alarm that you need to do something?
A. No.
Q. Okay.
A. I didn't know it would be doing -- I forgot that... I can take it off --
Q. It's -- it's okay. It's -- it's fine.

Page 21

It's fine.
A. Yeah.
Q. I just want to make sure you weren't supposed to feed the dog or take -- take a pill or something when the -- when the alarm went off.
A. No.
Q. Have you ever been in the military?
A. No, sir.
Q. And you never -- you never remarried after Wanda died?
A. No, sir.
Q. What do you do for the Salvation Army when you're able to work?
A. I drive places, I pick up the workers. That's basically it. Most of it was driving, but then I would go unload things too, but not very seldom.
Q. How long you been working for the Salvation Army?
A. Around ten years.
Q. What did you do before that?
A. I repaired air tools.
Q. Who did you work for doing that?
A. Duo Fast airlines.
Q. And did you do that in a shop somewhere?

Page 22

A. Yes, sir.
Q. Where was that located?
A. I know it was right at North Davidson, but I don't know the exact address.
Q. Okay. How long did you do that?
A. Twenty-nine years.
Q. Did you retire from that job?
A. No.
Q. You were -- were you laid off?
A. Yeah. It's -- it's a long story.
Q. Well, what happened there?
A. There -- it's a -- it was a family-owned business, and one of the brothers bought -- paid out -- or bought the other two out. And then he had two men come in there and they more or less, you know, told him how to run it, and --
Q. You got consulted out of a job?
A. Well, it was just a -- a matter of they were trying to get rid of everybody they could.
Q. Okay.
A. Especially the ones that been there a while.
Q. What did -- did you have a job before -- before that at Duo Fast; what did you do before that?

Page 23

A. That's been a long -- like I said, 29 years.
Q. That's a long time.
A. I worked for Bostitich Staple Company for at least a couple of months or so.
(Court Reporter clarification)
THE WITNESS: Bostitch, B-O-S-T-I-T-I-C-H.
MR. MOSELEY: You probably got one in your bag somewhere.
BY MR. MOSELEY:
Q. Have you ever been laid off from Salvation Army?
A. We -- I mean, I'm a casual employee, so it's not a matter of being laid off, it's just a matter they call me when they need me.
Q. Okay. And you think -- you think you just went back to work for a couple of days after the accident, and you haven't worked since?
A. Correct.
We're coming up on two years since the accident.
Q. And -- and how much -- before the accident, how much would you make a year, on average, at the Salvation Army?

Page 24

A. I don't know; just depends on, you know, when they need me, when they don't need me.
Q. But do you remember a number on your -- I mean, you have to pay taxes, do you remember what you put on your tax return?
A. I don't remember.
Q. Okay. Do you have an appointment to see Dr. Martin about your shoulder going forward?
A. No, we're waiting on workers' compensation, but...
Q. Okay. And that's to -- that's to re- -- reconstruct your shoulder?
A. Yes. It's messed up quite a bit right now. It's bone against bone. And Dr. Martin said the only thing he needed to do would be to replace the shoulder.
And I saw Dr. Steven Schnowski (phonetic) or something like that, and he said the same thing.
Q. Now, I understand from looking at your records that they offered you a shoulder placement surgery after the accident, and you decided not to do that surgery?
A. No, sir. I never heard anything about the shoulder. He just said that he can fix the rotary cuff, and he did. And I thought it was

Page 25

going fine, then all of a sudden it -- it was hurting.
Q. Did anything happen to you to make it hurt again?
A. The only thing I was doing was physical therapy.
Q. All right. Let's -- let's talk about the day of the accident. We'll go back to February 23rd of -- of 2023. Does -- does that ring a bell -- or excuse me, '24, February 23rd of 2024.
Does that sound like the day of the accident?
A. Yeah.
Q. Okay. And tell me what you were -- where were you -- where were you headed?
A. Back to Charlotte.
Q. And what -- what had you-all done?
Where had you-all gone?
A. It's a little town in South Carolina. I wasn't driving, so I didn't really pay attention, you know, where we were at or anything. It was just a building owned by the Salvation Army, and we -- we used it for storage.
Q. You were taking something down there to put it into storage?

Page 26

A. Yeah.
Q. Okay. What were you taking down there?
A. Mattresses.
Q. Okay. And were you bringing anything back or were you coming back empty?
A. Empty.
Q. All right. Who was driving?
A. Steve -- Steven, but I -- I never been able to pronounce Steve's last name.
Q. Okay.
A. Starts with a B though, I know that.
Q. All right. And tell me what happened, as best you recall.
A. What happened where?
Q. In that accident.
A. Traffic was stopped. It stopped abruptly. And in order -- I mean, this is on the interstate -- in order to make sure we got out of the traffic Steve pulled over to the side on the grass. And Steve looked outside once and he said, "We're not as lucky as we think we are, there's a tractor trailer baring down on us right now."
And immediately it scared me to death, 'cause I just knew that tractor trailer was going to come all the way up into the cab. But thank

Page 27

goodness it didn't. It shook a lot.
Q. So you -- your -- your testimony is that your -- your vehicle was in the grass when it was hit?
A. As far as I know. I did not get out. I can't tell you how much of it was in the grass or anything like that. I didn't get out mainly because there was traffic on my side and it was zooming past, and I needed -- you know, I wasn't going to be that fast in getting out, so I just sit there.
Q. Tell me, were -- were you holding on to anything when -- when the accident happened?
A. Well, I made sure I had my seatbelt on. There is bars up there, and I may have been holding on one of those, yes.
Q. Okay. When you mean a "bar"?
A. They just have roll bars in the trucks like that sometimes. And I really don't remember. I know when the truck hit us it scared me. I was just waiting, like I said, for it to come up into the cab.
Q. Did you -- did you ever get out and look at the damage to the truck?
A. No. I actually saw it as they were

Page 28

towing it away, and the front of the truck was mangled up.
Q. I'm sorry, let me -- let me back up.
The -- the -- the truck you were in --
A. oh.
Q. -- the -- the Salvation Army truck, you-all drove that back?
A. Right.
Q. Okay. Was there any damage to the back of it?
A. Yes. Luckily he hit hydraulic liftgate we have on the back of it, it hit there, and that stopped a lot of it, as far as our damage went. We did have to have it repaired and replaced and all.
Q. The liftgate?
A. Yeah.
Q. Okay. Was there any other damage to the vehicle other than the liftgate?
A. If there was, I wasn't told about it. I don't have any idea.
Q. Okay. And you said that -- that -- that my client's truck was towed away and you saw that as well?
A. Right. It was a blue -- blue truck, it had a big old tractor, whatever you call them,

Page 29

pulled it away.
Q. Okay. Was it -- and what was the damage to it?
A. The front end of it.
Q. Okay. Was it -- would -- would it be severe? Would it be slight?
A. To me it was fairly severe, yes.
Q. Okay. Do you do your own taxes?
A. I do.
Q. Okay. And you -- have you filed tax returns for the last five years?
A. Not with my age, no.
Q. Okay. You don't -- you don't file tax returns today?
A. Well, I'm 78 years old.
Q. Okay.
A. I was told after 70 you don't have to.
Q. Okay. Where would the roll bars in the -- in the vehicle be that you thought you might of grabbed?
A. Well, they usually have some right behind the seat, and also right at the dash and all.
Q. Okay. And you -- you think it's a roll bar?
A. Yeah, I think; like I said, I don't

Page 30

really remember.
Q. Okay. Did you -- did you get out of the -- out of the vehicle at the accident scene and walk around at all?
A. No. Like I said, I couldn't get out.
Q. Were you up against the guardrail?
A. No, the -- we were close enough to the road that if I opened the door if a car coming along it would of hit it.
Q. Okay. You were on the inside of the interstate, not the outside; so the -- the left side rather than the right side?
A. The left side, yes.
Q. How far did the -- the -- the accident push you forward in terms of the truck that you were in?
A. I don't know. I seen the police report, but that's about it. I just saw it. Steve was the one who handles the trucks and all that, and repairs. He was the driver so, you know, there's no reason for me to get involved.
Q. Okay. Did Steve get hurt?
A. Yes, he did.
Q. Where did -- where did he go to the hospital or the -- the doctor?

Page 31

A. He went to the same doctor I did, or the building, the urgent care thing. And from what I understand, they gave him some pain pills because of his back, his neck, I think, and all.
But from what I understand, he's still hurting.
Q. Do you know if he has a lawyer?
A. I do not know.
Q. You haven't talked to him about that?
A. No.
Q. Was he wearing a seatbelt?
A. Yes.
Q. How long had you been on the road before the accident happened?
A. About a half hour, if that long.
Q. Okay. So -- so Steve pulled off to the left side of the -- left shoulder before the accident happened?
A. Correct.
Q. Okay. And -- and why did he -- why did he pull on to the shoulder?
A. He wanted to get out of the way of the traffic. And the fact that everybody else was jumbled up; even though they weren't touching, there was a lot of cars there.

Page 32

Q. Were people skidding and slamming on brakes?
A. I think they were more or less stopped by the time we got up there, so I don't know.
Q. Was Steve going to hit the car in front of him and that's why he pulled to the side?
A. You would have to ask him.
Q. You don't recall?
A. I don't -- I -- I just know that he's -- he got out of traffic so we wouldn't get hit -- hit, period. But it didn't work out that way.
Q. Okay. Do you have a cell phone?
A. Yes, I do.
Q. What kind of phone do you have?
A. IPad.
Q. IPhone or iPad?
A. Apple.
Q. Okay. And do you know what -- what number it is?
A. 15 Pro.
Q. Did you have that at the time of the accident?
A. No, I did not.
Q. What did you have at the time of the accident?

Page 33

A. I don't remember the number of phone.
Q. Was it an iPhone?
A. It probably was, 'cause I like the iPhone, yeah.
Q. Do you know -- who's your provider, your cell phone provider?
A. T-Mobile.
Q. Okay. And -- and I'm not going to call you, but what's -- what's your telephone number?
A. Now you're getting personal.
704 --
Q. Yes, sir.
A. -- 906-7492.
Q. Okay. And do you know if your phone reported that you had been in an accident?
A. I don't know.
Q. Okay. And you're wearing a -- is that a Apple watch?
A. This one, yeah.
Q. Is it -- is it -- it's -- it's synced up with your phone?
A. Yeah.
Q. Did you have that at the time of the accident?
A. No.

Page 34

Q. Okay. But your -- the phone that you had back then at the time of the accident, it didn't ask you "are you okay," "have you been in an accident," or anything like that?
A. Not as I remember, no.
Q. Did you have it with you at the time?
A. I would of had a phone with me; but like I said, I don't know the brand of it or anything like that.
Q. Okay. What -- is there a -- is there a place you go to when you need work on a phone or when you buy a phone; is there a T-Mobile location that you go to?
A. Yes, there is.
Q. What's -- what's that location?
A. JW Keys Boulevard.
Q. Did the airbags go off on the -- on the vehicle?
A. No.
Q. Did your shoulder hurt immediately after the accident?
A. It didn't seem to. You know how things will feel a little funny here and there. I went and had the x-rays taken; and they said, you know, they didn't see anything wrong.

Page 35

And a couple days later when it was still -- you know, it was hurting then I went to Martin, and he -- I think he had me have a CAT scan. That's what will show the muscles and all.
Q. Did -- did anybody from the Salvation Army come to the scene of the accident?
A. No. It was a good ways off.
Q. Did the ambulance come to the accident?
A. Not as I remember. Like I said, I didn't get out so I can't tell you for sure.
Q. But you -- were you offered the opportunity to go to the hospital in the ambulance?
A. Yes. If I needed to he would of taken me.
Q. Okay. Did you tell the officer you didn't need any -- you didn't need any treatment?
A. At the time I thought, you know, I more or less was shaken up really, but...
Q. When did -- when did you and Steve decide to go to the doctor?
A. Soon as we got back into Charlotte. But there is the -- time of the accident he said we'll go to the emergency thing and get, you know, checked out and all.
Q. Is that -- you -- you looked at it as

Page 36

just going to get checked out, or were you going because you were in pain?
A. Going to see if there was anything wrong, you know.
Q. The shoulder surgery that Dr. Martin did after the accident --
A. Right.
Q. -- has it failed?
A. Has it failed?
Q. Yes, sir.
A. As of now, yes.
Q. Okay. Do you have a rotator cuff tear now?
A. I've had a CT scan soon as I got to the physical therapy, but no one explained what I got. He just said it was a holy mess, and I had bone against bone.
Q. Do you -- do you own a vehicle?
A. Yes. Well, I don't own it, I -- I lease it.
Q. Okay. What -- what kind of car do you drive?
A. Right now it's a 2025 Toyota Tacoma.
Q. Are you able -- are you able to drive?
A. If I have to, yeah.

Page 37

Q. How often do you drive your vehicle?
A. Maybe once a week, if that often.
Q. And do you try to get a ride with somebody if you could avoid driving?
A. Well, I mean, yeah. Things like that are planned ahead. So other times, you know, I have -- Kathy is very, very -- take -- much taking her time to help me.
And then the lady across the street, she's taken me or picked me up places and all.
Q. Is -- is that Eleanor?
A. Who?
Q. Eleanor?
A. Eleanor? I don't know who Eleanor --
Q. Eleanor Bell. You know a Eleanor Bell?
A. Not really.
Q. Okay. What's the lady across the streets name? I'm sorry to get you off track.
A. Vicky.
Q. Vicky. So would it -- would, generally speaking, Vicky or -- or Kathy are going to be the people -- the two women that drive you places?
A. Yeah.
Q. Other than -- than you and Steve, are you aware of anybody else that knows anything about

Page 38

this accident?
A. Kathy knows what was done to me. But she was saying the other day that this shoulder droops, and I noticed it. I had my collar bones, both of them broke twice when I was a kid, and the one on the right-hand side is beginning to go towards the middle and up, and it's -- you know, somehow or another 'cause of the way it's attached it's causing it. I don't know.
Q. Is Morgan and Morgan your lawyer on the workers' comp case?
A. Yes, he is.
Q. And is -- is there a North Carolina lawyer that's working on that?
A. Yes. I don't know the name.
MR. KLAASMEYER: Rob, can we go off the record just for a second?
MR. MOSELEY: Yeah. Yeah. Sure.
(Off-the-record conference)
VIDEOGRAPHER: The time is approximately 1:43:27 p.m. We are now off the record.
(Off-the-record conference)
VIDEOGRAPHER: The time is approximately 1:45:18 p.m. We are now on the record.
BY MR. MOSELEY:

Page 39

Q. Mr. West, as best you can recall, when you got to the urgent care what -- what, if any, pain or problems were you having?
A. I remember I told them to be sure to take an x-ray of this shoulder, my right shoulder, but he -- they took all down my whole body, and said the bones were fine.
Q. Okay. Did -- did -- were you having pain in your shoulder or did you just tell them to check your shoulder?
A. I -- I had discomfort.
Q. Okay.
A. And like I said, it wasn't till a couple days later that I started having pain.
Q. Was there -- was there any other part of your body that was bothering you at that time?
A. No.
Q. Okay. And -- and later on, was there any part of your body that was bothering you because of the accident?
A. No. I mean, my knees bother me now, but has nothing to do with the accident.
Q. Okay. You've had -- you've had knee problems for a while?
A. I -- I haven't had it as severe as I have

Page 40

now. But the fact that this shoulder is more or less -- you know, stops me from doing a lot of things, 'cause I try and clean up the house and I get a few things done and I had to go sit down.
And the same thing with the groceries, I go get groceries and I bring a few bags in, then I sit down for a half hour or better, then I go get a few more and...
Q. At the time of the accident, the day the accident happened, did you have a prescription for meloxicam?
A. I don't -- I don't know. I don't remember, sir.
Q. Okay. And the reason I'm asking is -- is I think your records say when you got to the urgent care that night that you were -- you had a current prescription for meloxicam due to your shoulder pain; do you remember that?
A. No.
Q. Okay. Where -- what -- what pharmacy do you use if you're going to fill a prescription?
A. Sam's University Place.
Q. Sam's as in Sam's Wholesale, the Walmart place?
A. (Head movement)

Page 41

Q. Okay. Sam's University Place?
A. Yes.
Q. And at the time of the accident you were no longer seeing Dr. Romanowski, but you did have a family doctor?
A. I -- I didn't see him, no; I mean, I didn't see him in a while.
Q. Okay. But who's your family doctor?
A. Dr. John Crawford.
Q. Dr. John Crawford?
A. Yes.
Q. Okay. And is he with Novant?
A. Yes. They were on Monroe Road.
Q. Okay. And so before the accident if you'd had anything going on, you would of gone to see Dr. John Monroe -- or John Crawford?
A. Correct.
Q. Okay. Do you think you had any other prescriptions that were current at the time of the accident?
A. Yeah; I mean, I'd been in the hospital for eight days for vertigo.
Q. Before the accident?
A. I don't remember. But that -- that was a ordeal in itself.

Q. Okay. And the -- what hospital was that?
A. It's right off Albemarle Road and 485.
Q. 485 and Albermarle Road?
A. Yeah.
Is that Matthews?
Q. Is that -- was it a Novant hospital?
A. Yeah.
Q. Okay. And you -- you were -- you were hospitalized for eight days for vertigo?
A. Yes.
Q. Okay. You think you were taking any prescriptions for that at the time of the accident?
A. No.
Q. No?
Was there any other prescription medicine that you might of been taking at the time of the accident?
A. I take vitamins and all.
Q. Okay. You don't -- you don't take heart medication or blood pressure medication or anything like that?
A. I take blood pressure; I mean, yeah that's...
Q. What do you take for -- for blood pressure? Lanisopril (phonetic)?



A. I know I just had a physical, and he said my blood pressure was great.
Q. That was Dr. Crawford?
A. Yeah. But I don't remember exactly which one it is.
Q. After your surgery that Dr. Martin did, did he -- did he ever give you a permanent impairment rating; you ever recall hearing that term?
A. No, I do not.
Q. Okay. On a day like today, is this -- is this an average day for you in terms of what you're feeling in your shoulder?
A. Yeah; I mean, you know, if I try and lift something or whatever it hurts quite a bit.
Q. Okay. Are you able to limit the pain by -- by taking it easy?
A. Yeah. That's the problem, but I could -- I had sometimes where I would sit there and not moving, and the pain just got worse and worse. And I talked to Dr. Crawford about it, and that's when he gave me something for the pain and everything.
Q. That's the meloxicam?
A. Yeah. And I don't remember if he had anything else or not.



Q. And if -- if you did, you would of gotten it filled at Sam's?
A. Yeah.
Q. Okay. Have you had any other medical problems that were caused by the accident other than the shoulder?
A. Not as far as I know, no.
Q. And I think you said that after Dr. Martin did your surgery you were good for a while?
A. Yeah, I was good. Have to go in to physical therapy, and about halfway through it started hurting and...
Q. Did you ever have a time in your physical therapy where you felt something tear?
A. Not really.
Q. Okay. There's a -- there's a note in your records that says that you fell, and you didn't hurt your shoulder falling, but when you tried to push up to get -- to get back up you hurt your shoulder; do you remember that?
A. I remember I fell out of bed. I tried to get up from the bed, and when I did I just slid and fell down on the floor.
Q. Okay. And the -- but do you remember hurting your shoulder when you were trying to push



yourself up off the floor?
A. I wasn't trying to push myself, I was halfway under the bed. I was trying to use the bed, you know, to pull up on.
Q. Okay. Did you hurt your shoulder in that -- in that instance?
A. If I hurt it at all it was just barely, you know, 'cause I really fell on my butt.
Q. On your rear end?
A. Yeah.
Q. Okay. On a scale of 1 to 10, how does your shoulder -- with the 10 being the most pain you can be in, what's an average day for you look like today?
A. It depends on what I do, if anything at all. But sometimes I can, you know, just push, you know, something, shut like a door or something and... But something too heavy it -- it hurts for a while.
Q. So as -- but as you're sitting here like right now, is it a -- would you say your pain is a -- a 5, or a 2, or a 7?
A. No, it's about a 3 or 4.
Q. Okay. But it gets worse the more active you are?

Page 46

A. Oh, yeah.
Q. Do you have any other medication other than meloxicam right now?
A. Yeah. When I was in the hospital for the vertigo they gave me quite a few different pills.
Q. Okay. And you just -- you take those as needed?
A. Yeah.
Q. And that's just for your dizziness?
A. Yeah. I -- I take stuff for that, yeah.
Q. Do you have any other medical conditions other than the vertigo that are -- that you have right now?
A. Not really.
Q. Dr. Crawford is here in Charlotte?
A. He's over on Monroe Road, yes, sir.
Q. Okay. Who is Dr. Briggs and Dr. Sayer; do you know them?
A. No. Are they the ones that saw me in the hospital, by chance?
Q. They're listed on your -- your lawyer's responses to discovery. That's all I can tell you. They're with -- they're with Novant.
They -- they may have been whoever was in the -- they could have been in the -- the urgent

Page 47

care or something like that.
I know she's sitting right out here, but do you know Ms. Nelson's phone number?
A. 704-906-1576.
Q. I'm sorry, you went too fast for me.
704?
A. 906-7492 -- no, that's mine. 1576, excuse me, the last four.
Q. Okay. 906-1576?
A. Right.
Q. All right. And the other -- the other lady that you mentioned that drives you sometimes, what's her -- what's her name again?
A. Vicky.
Q. Vicky. And what's Vicky's phone number, if you know?
A. I don't know it.
Q. Okay. Has -- up until the --
After the first surgery, has workers' comp paid all your medical business?
A. Not all of them. I was waiting for them to give me -- go to a second opinion doctor.
Six and a half months later one of the nurses called me from the hospital, they needed something else. And I asked her about it. And she

Page 48

said, "Well, they're -- workers' comp said they're just waiting for you to get a second opinion."
Well, you know, I -- I thought, well, maybe they're expecting me after all. So I -- I went and seen Dr. Steven Schnowski. I got their card on me, but...
Q. Dr. Steven Schnowski?
A. Yeah. Something like that.
Q. Somebody here in Charlotte?
A. My -- my doctor recommended him, 'cause of -- said he was the best in North Carolina. And I didn't argue with him.
I just hope he's the one that -- if -- if I ever get to it, he's the one that does the surgery. My doctor, Dr. Crawford, said he was the best.
MR. MOSELEY: Let's go off record a second.
VIDEOGRAPHER: The time is approximately 2:02:35 p.m. We are now off the record.
(Off-the-record conference)
VIDEOGRAPHER: The time is approximately 2:03:50 p.m. We are now on the record.
BY MR. MOSELEY:
Q. Have -- have you ever been injured in an

Page 49

accident before?
A. No, sir.
Q. Did the Salvation Army withhold taxes from your paycheck?
A. No.
Q. Do you -- have you ever heard of the drug tizanidine? And I don't know if I said that right.
A. How you pronounce it -- I mean, spell it?
Q. T-I-Z-A-N-I-D-I-N-E. Tizanidine?
A. It doesn't sound familiar, no.
Q. Okay. And it -- just like everything else, it may have five different names.
How many times do you think you went to PT, physical therapy, before you -- you -- you had the -- where the pain started back again?
A. Probably a couple of months, if not more.
Q. Did you stop physical therapy after the pain started up or did you keep going?
A. Well, I made a appointment with the doctor and told him that it was hurting, and that's when he had me take a CT scan with contrast.
Q. When -- after you had the shoulder surgery the second time with Dr. Martin, did you wear a shoulder -- any kind of device on your shoulder?

Page 50

A. Yes, I did.
Q. What was it called?
A. That's something else. I just would call it a sling with extra padding in it, 'cause it had a pad --
Q. Okay.
A. -- for your belly, a place to put your thumb, and a ball on the end of it. And I just found out what that was for.
Q. What's that for?
A. You squeeze it and it keeps you from having blood clots.
Q. Okay. Did you -- did -- I've seen people wear something on their shoulder that -- that -- that pumps up and gets tighter and then relaxes; does -- did you have anything like that?
A. No.
Q. Did you have anything that -- that pumped cold water through -- through your shoulder?
A. Yeah. They had it for a couple of weeks, if that long.
Q. Okay. And that was -- you would -- you would -- it would pump cold water and -- and like try to ice your shoulder?
A. Right.

Page 51

Q. But you weren't wearing that by the time you went to physical therapy?
A. No, sir.
Q. Have you gone to the second opinion yet?
A. You talking about the one that -- that workers' comp?
Q. The -- the card that you just showed us, have you been to him for a second opinion?
A. Yes.
Q. And what did he say?
A. He looked at the x-ray, and he agreed it does need to be fixed.
Q. Has workers' comp received that opinion yet?
A. I don't know what they received. I know that shortly after that it was like, oh, we forgot about Mr. West, let's -- let's send him to another doctor, let's send him to a quack.
Q. Did they send you somewhere?
A. Yeah, this is Dr. Jonathan something or other. And he doesn't believe in surgery even though he's a surgeon.
Q. His name's Jonathan?
A. Jonathan Paul. That's what it was.
Q. P-A-U-L?

Page 52

A. Yeah.
Q. Surgeon that doesn't do surgery?
A. Right.
Q. Okay. Did -- now, there was something in your report about dry needling, do you --
A. Yeah.
Q. -- did you get dry needling done somewhere?
A. Yeah, at physical therapy.
Q. Okay. That the same place at that CORA Physical Therapy?
A. Correct.
Q. Did that do any good?
A. Not really.
Q. Okay. And you said that workers' comp sent you to Dr. Jonathan Paul; where -- where is his office?
A. I know you go 77 or Statesville Avenue, whichever you want, and seems like it's up around the Huntersville area, but I'm not -- I'm not exactly positive.
Q. Do you know what group he's with?
A. I do not know, sir. I know that he wouldn't tell me what he recommended. He said, "But I all but told you-all what I would

Page 53

recommend." And -- and the first thing he said when he walked in was he didn't believe in surgery.
That second opinion with Dr. -- I paid for it myself.
Q. Dr. -- the one you had the card for?
A. Yeah. And I had insurance too, so.
Q. Okay. Charlotte Sports Medicine, Dr. Jonathan Paul; does that sound right?
A. I don't know -- I know it's about in Cornelius and -- but, again, like I said, I don't know who he's with or anything.
Q. Okay.
A. I know it's a big old building. They had a regular door, but then right beside the big old door they had a little door, and that was to his office.
Q. Okay. But he didn't tell you anything that -- any of his opinions, his conclusion?
A. No. I mean, I looked that up, you know, working on it without surgery. All that amounts to is if you've got some muscles still there you put shots in them and make them grow. And I don't know -- I don't know what you'd call it, if he actually has to go in. But he was a creepy old man.
Q. Okay. All right. You'd never -- you've

never sued anybody before?
A. No.
Q. Okay. And other than this, have you had -- ever had another workers' comp claim?
A. The only thing I can think of, you know, I don't remember ever receiving any money or anything, but I had a long splinter in my thumb and I couldn't get it out, so they sent me for surgery to get it out.
Q. Was that at the -- the -- the air tool place?
A. Yeah, Duo Fast.
Q. Duo Fast, yeah. Okay.
A. But I'd hurt myself worse, busted the tendons all in my arm here.
Q. I saw where you'd had a bicep repair, a torn bicep that was repaired; does that sound right?
A. I don't know what you'd call it, but all the tendons there they had popped and went up, and they had to fish them out, and then they drill a hole in the bone and tied it off.
Q. When was that?
A. Probably 20 years ago --
Q. Okay.



A. -- or better.
MR. MOSELEY: Well, Mr. West, your lawyer may have some questions, but that's all the questions I have for you.
MR. KLAASMEYER: All right. I just have just a few questions for you.
THE WITNESS: Sure.
MR. KLAASMEYER: On the day of this crash, why did you go to the ER?
THE WITNESS: Well, you know, I don't -- mainly because that's what -- Steve was -- was my bossman, and that's what he recommended, so we went there.
MR. KLAASMEYER: Okay. Was there any -- any other reason other than this crash why you would go to the ER?
THE WITNESS: Well, he said that his neck was hurting him. They gave him some pain pills for it.
MR. KLAASMEYER: Okay. All right. I don't have any more questions for you.
MR. MOSELEY: All right.
VIDEOGRAPHER: This concludes the video deposition of Melton K. West consisting of three media units. The time is approximately 2:16:19



p.m. We are now off the record.
(The Witness, after having been advised of his right to read and sign this transcript, waives that right.)
(The deposition concluded at 2:16 p.m.)



CERTIFICATE OF REPORTER

I, Sherri L. Puleo, Shorthand Reporter and Notary Public for the State of North Carolina at Large, do hereby certify that the foregoing transcript is a true, accurate, and complete record.

I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof.

Witness my hand, I have hereunto affixed my official seal this 17th day of February, 2026, at Mecklenburg County, North Carolina.

Sherri Puleo

Sherri L. Puleo, Shorthand Reporter
My Commission expires
February 26, 2027

INDEX


| | PAGE |
|---|---|
| EXAMINATION BY MR. MOSELEY | 4 |
| CERTIFICATE OF REPORTER | 57 |


REQUESTED INFORMATION INDEX

(No Information Requested)

EXHIBITS

(No Exhibits Proffered)

**&**

**&** 2:4

**0**

**08705** 1:3 3:11

**1**

**1** 45:11
**10** 45:11,12
**100** 3:14
**12:53** 1:13
**12:53:27** 3:3
**15** 32:20
**1576** 47:7
**17th** 57:11
**1:43:27** 38:21
**1:45:18** 38:24

**2**

**2** 45:22
**20** 54:24
**2008** 9:16,18
**2018** 10:4,7,23 12:11
**2023** 25:9
**2024** 9:4,6 25:10
**2025** 36:23
**2026** 1:12 3:3 57:11
**2027** 57:25
**21901** 57:23
**23rd** 9:4,5 25:9 25:10
**24** 25:10
**26** 57:25
**26148** 2:12
**27** 16:3
**28213** 6:14
**28217** 3:15
**29** 23:1
**29405** 2:6
**29616** 2:12
**2:02:35** 48:20
**2:03:50** 48:23
**2:16** 56:5

**3**

**3** 45:23
**30** 6:17
**35** 8:14
**3rd** 2:5

**4**

**4** 45:23 58:3
**40** 8:14
**4401** 2:5
**485** 42:2,3

**5**

**5** 45:22
**57** 58:4
**5:25** 1:3 3:11

**6**

**6/4/47** 14:14

**7**

**7** 45:22
**70** 29:17
**704** 33:11 47:6
**704-906-1576** 47:4
**7415** 6:13
**77** 52:18
**78** 29:15

**8**

**843-481-0411** 2:6
**864-248-6025** 2:13
**8701** 1:15 3:13

**9**

**9** 1:12 3:3
**906-1576** 47:9
**906-7492** 33:13 47:7

**a**

**able** 21:13 26:9 36:24,24 43:16
**abruptly** 26:17
**accident** 7:12 8:20 9:3,5,13 9:21 10:11 12:17,24 13:15 13:19 20:13 23:19,22,24 24:21 25:8,12 26:15 27:13 30:3,14 31:14 31:18 32:22,25 33:15,24 34:2 34:4,21 35:6,8 35:22 36:6 38:1 39:20,22 40:9,10 41:3 41:14,20,23 42:12,17 44:5 49:1
**accurate** 57:6
**action** 3:19
**active** 45:24
**actually** 27:25 53:23
**address** 6:16,19 22:4
**administer** 3:18
**advised** 56:2
**affected** 7:12
**affiliation** 3:22
**affixed** 57:10
**age** 29:12
**aggravate** 20:18
**ago** 11:23 14:22 18:9 54:24
**agreed** 51:11
**ahead** 14:10 37:6
**air** 21:22 54:10
**airbags** 34:17
**airlines** 21:24
**alarm** 20:19 21:5

**albemarle** 42:2
**albermarle** 42:3
**ambulance** 35:8,12
**amounts** 53:20
**answer** 4:23 7:16,22,22 15:6
**answering** 5:24
**anybody** 35:5 37:25 54:1
**appearance** 3:22,25
**appearances** 2:1
**apple** 32:17 33:18
**appointment** 24:7 49:19
**appointments** 8:3
**approximately** 38:20,23 48:19 48:22 55:25
**area** 16:13 52:20
**argue** 48:12
**arm** 54:15
**army** 9:7 10:12 12:19 15:10,13 18:13 20:10 21:12,19 23:13 23:25 25:22 28:6 35:6 49:3
**asked** 47:25
**asking** 40:14
**associate's** 19:4
**attached** 38:8
**attention** 25:20
**attorney** 3:25
**attorneys** 2:3,9
**authorized** 3:18
**autumn** 6:13
**avenue** 52:18
**average** 23:25 43:12 45:13
**avoid** 37:4
**aware** 37:25

**b**

**b** 1:7,8 2:9,10 3:7,8 17:17 23:8 26:11
**back** 13:11 23:18 25:8,16 26:5,5 28:3,7,9 28:12 31:4 34:2 35:21 44:19 49:15
**bag** 23:10
**bags** 40:6
**ball** 50:8
**bar** 27:17 29:24
**barely** 45:7
**baring** 26:22
**bars** 27:15,18 29:18
**basically** 21:15
**bathroom** 6:4
**bed** 44:21,22 45:3,4
**beginning** 3:25 20:18 38:6
**begins** 3:4
**behalf** 4:5
**believe** 51:21 53:2
**bell** 25:9 37:15 37:15
**belle** 2:5
**belly** 50:7
**best** 26:13 39:1 48:11,16
**better** 4:21 10:18,18 11:10 40:7 55:1
**bicep** 54:16,17
**big** 28:25 53:13 53:14
**birth** 14:13
**birthdays** 10:25
**bit** 8:10 9:8 16:21 20:18 24:13 43:15
**blood** 42:20,22 42:24 43:2 50:12
**blue** 28:24,24
**body** 39:6,16 39:19
**bone** 24:14,14 36:16,17 54:22
**bones** 13:3 38:4 39:7
**bossman** 55:12
**bostitch** 23:7
**bostitich** 23:4
**bother** 39:21
**bothering** 39:16,19
**bought** 22:13 22:14
**boulevard** 1:15 3:14 14:25 15:9 34:16
**box** 2:12
**boy** 16:8
**boy's** 16:10
**brakes** 32:2
**brand** 34:8
**break** 6:5,6
**briefly** 4:13
**briggs** 46:17
**bring** 40:6
**bringing** 26:4
**broke** 38:5
**brothers** 22:13
**building** 16:22 16:22 25:22 31:2 53:13

**business** 22:13 47:20
**busted** 54:14
**butt** 45:8
**buy** 34:12

**c**

**c** 23:8
**cab** 26:25 27:22
**call** 23:16 28:25 33:8 50:3 53:23 54:19
**called** 13:2 15:1 47:24 50:2
**cancer** 16:1 17:2 18:6,7
**car** 30:8 32:5 36:21
**card** 48:6 51:7 53:5
**care** 31:2 39:2 40:16 47:1
**carolina** 1:1 3:10,14 6:14 13:20 25:19 38:13 48:11 57:4,12
**cars** 31:25
**case** 1:3 3:10 7:2 8:16 38:11
**casual** 23:14
**cat** 35:3
**cause** 13:12 26:24 33:3 38:8 40:3 45:8 48:10 50:4 57:8
**caused** 44:5
**causing** 38:9
**cdl** 14:17 19:24
**cell** 32:12 33:6
**cen** 14:24 15:2
**central** 19:8
**centurian** 15:2 15:3
**century** 14:24
**certificate** 15:15 57:1 58:4
**certified** 3:17
**certify** 57:5,7
**chance** 46:20
**charleston** 2:6
**charlotte** 1:15 3:14 6:13 13:17 25:16 35:21 46:15 48:9 53:7
**check** 39:9
**checked** 13:6 35:24 36:1
**chief** 20:7
**children** 16:6,7
**church** 18:11 18:15
**civic** 18:12
**claim** 54:4
**clarification** 23:6
**class** 20:1
**classes** 19:16
**clean** 40:3
**client's** 28:22
**clinic** 13:16
**close** 30:7
**clots** 50:12
**cold** 50:19,23
**collar** 38:4
**college** 8:14 19:2,3,16
**come** 22:15 26:25 27:21 35:6,8
**coming** 23:21 26:5 30:8
**commission** 57:24
**comp** 7:24 14:7 14:9 20:11 38:11 47:20 48:1 51:6,13 52:15 54:4
**company** 23:4
**compensation** 24:10
**complaints** 12:20
**complete** 57:6
**completely** 11:10
**concluded** 56:5
**concludes** 55:23
**conclusion** 53:18
**conditions** 46:11
**conference** 38:19,22 48:21
**confusing** 4:19
**consisting** 55:24
**consulted** 22:17
**contest** 6:2
**contrast** 49:21
**cooper** 2:5,16 3:16 4:4
**cooper.klaas...** 2:7
**cora** 52:10
**cornelius** 53:10
**corporation** 1:7 2:9 3:7
**correct** 15:5 23:20 31:19 41:17 52:12
**counsel** 1:16 2:1 3:5,21 57:8
**county** 13:20 57:12

**couple** 14:22 23:5,18 35:1 39:13 49:16 50:20
**course** 13:2
**courses** 19:5
**court** 1:1,17 3:9 4:6 23:6
**crash** 55:9,15
**crawford** 41:9 41:10,16 43:3 43:21 46:15 48:15
**creepy** 53:24
**ct** 11:6 36:14 49:21
**cuff** 24:25 36:12
**current** 40:16 41:19
**cv** 1:3 3:11

**d**

**d** 1:7 2:9,11 3:7 49:9
**damage** 27:24 28:9,13,17 29:2
**dash** 29:22
**date** 1:12 14:13
**dated** 7:8
**dates** 10:24
**dating** 7:8
**daughter** 16:24
**dave** 17:24,25
**david** 2:16 3:16
**davidson** 22:3
**day** 12:24 13:15 20:17 25:8,11 38:3 40:9 43:11,12 45:13 55:8 57:11
**days** 13:4 23:18 35:1 39:14 41:22 42:9
**death** 26:23
**decide** 35:19
**decided** 24:21
**defendant** 3:6
**defendants** 1:9 1:16 2:9
**degree** 19:4
**depends** 24:1 45:15
**deposition** 1:11 3:5,12 4:13 55:24 56:5
**described** 12:10
**device** 49:24
**die** 18:6
**died** 21:10
**different** 46:5 49:12
**disability** 17:3
**discomfort** 39:11
**discovery** 46:22
**district** 1:1,1 3:9,9
**division** 1:2 3:10
**dizziness** 46:9
**doctor** 8:7,10 11:2 13:7 14:8 30:25 31:1 35:20 41:5,8 47:22 48:10,15 49:20 51:18
**doctor's** 11:18
**dog** 21:4
**doing** 20:23 21:23 25:5 40:2
**door** 30:8 45:17 53:14,15 53:15
**dot** 14:20
**dr** 13:5,7,11,23 13:25 14:2,11 24:8,14,17 36:5 41:4,9,10 41:16 43:3,6 43:21 44:8 46:15,17,17 48:5,7,15 49:23 51:20 52:16 53:3,5,7
**drill** 54:21
**drink** 6:4
**drive** 2:5 6:22 15:15 21:14 36:22,24 37:1 37:22
**driver** 4:2 30:20
**drives** 47:12
**driving** 19:12 19:14 21:15 25:20 26:7 37:4
**droops** 38:3
**drove** 28:7
**drug** 49:6
**dry** 52:5,7
**due** 40:17
**duly** 4:9
**duo** 21:24 22:24 54:12,13
**durham** 16:13

**e**

**e** 17:17,17 49:9
**easy** 4:16 43:17
**eight** 14:16 18:9 41:22 42:9
**either** 9:24
**eleanor** 37:11 37:13,14,14,15 37:15

**emergency** 35:23
**employee** 23:14
**empty** 26:5,6
**er** 55:9,16
**especially** 22:21
**events** 57:9
**everybody** 22:19 31:23
**exact** 10:9 22:4
**exactly** 18:10 43:4 52:21
**exam** 14:21
**examination** 4:10 58:3
**excuse** 25:10 47:8
**exhibits** 58:11 58:13
**expecting** 48:4
**expires** 57:24
**explained** 36:15
**extra** 50:4

**f**

**facility** 13:14
**fact** 12:13 31:23 40:1
**failed** 36:8,9
**fairly** 29:7
**falling** 44:18
**familiar** 49:10
**family** 5:21 22:12 41:5,8
**far** 10:20 18:25 27:5 28:13 30:14 44:7
**fast** 21:24 22:24 27:10 47:5 54:12,13
**february** 1:12 3:3 9:4,5 25:8 25:10 57:11,25
**feed** 21:4
**feel** 34:23
**feeling** 5:4 43:13
**fell** 44:17,21,23 45:8
**fellow** 4:15
**felt** 44:14
**file** 29:13
**filed** 29:10
**fill** 40:21
**filled** 44:2
**financially** 3:20
**find** 13:25
**fine** 20:25 21:1 25:1 39:7
**first** 4:9 13:8 47:19 53:1
**fish** 54:21
**five** 29:11 49:12
**fix** 24:24
**fixed** 12:15 51:12
**floor** 2:5 44:23 45:1
**follows** 4:9
**foregoing** 57:5
**foreign** 11:19
**forgot** 20:24 51:16
**form** 7:14
**forthepeople....** 2:7
**forward** 24:8 30:15
**found** 50:9
**four** 18:4,4 47:8
**friend** 7:6
**front** 28:1 29:4 32:5
**full** 6:9,11
**funny** 34:23
**further** 57:7

**g**

**garinger** 19:11
**generally** 37:20
**getting** 19:5 27:10 33:10
**girl** 16:9
**give** 6:4,9 15:5 43:7 47:22
**go** 6:4 8:6,9 13:10,13,21 14:8,10 17:3 18:18,18,20,22 18:25 19:10,12 19:13 21:16 25:8 30:24 34:11,13,17 35:12,20,23 38:6,16 40:4,6 40:7 44:10 47:22 48:17 52:18 53:24 55:9,16
**going** 3:2 4:15 19:7,25 20:1 24:8 25:1 26:24 27:10 32:5 33:8 36:1 36:1,3 37:21 40:21 41:15 49:18
**good** 7:6 8:4 11:3 35:7 44:9 44:10 52:13
**goodness** 27:1
**gotten** 44:1
**grabbed** 29:20
**grandkids** 18:2
**grass** 26:20 27:3,6
**great** 43:2
**greenville** 2:12

**groceries** 40:5 40:6
**group** 2:11 52:22
**groups** 18:12
**grow** 53:22
**guardrail** 30:6

**h**

**h** 17:17 23:8
**half** 31:15 40:7 47:23
**halfway** 44:11 45:3
**hall** 6:22
**hand** 38:6 57:10
**handle** 14:19
**handled** 14:7
**handles** 30:19
**happen** 25:3
**happened** 7:20 12:11 22:11 26:12,14 27:13 31:14,18 40:10
**head** 4:22 40:25
**headed** 25:15
**health** 11:22
**heard** 16:7 24:23 49:6
**hearing** 43:8
**heart** 42:19
**heavy** 45:18
**help** 37:8
**herbert** 17:13
**hereunto** 57:10
**high** 19:10
**history** 10:20
**hit** 27:4,20 28:11,12 30:9 32:5,10,11
**holding** 27:12 27:15
**hole** 54:22
**holy** 36:16
**hope** 48:13
**hospital** 30:25 35:12 41:21 42:1,6 46:4,20 47:24
**hospitalized** 42:9
**hour** 31:15 40:7
**house** 16:23 40:3
**huntersville** 52:20
**hurt** 7:24 25:4 30:22 34:20 44:18,19 45:5 45:7 54:14
**hurting** 13:5 25:2 31:6 35:2 44:12,25 49:20 55:18
**hurts** 43:15 45:18
**husband's** 17:23
**hydraulic** 28:11

**i**

**ice** 50:24
**idea** 7:19 28:20
**identify** 14:2
**immediately** 26:23 34:20
**impairment** 43:8
**inch** 10:1
**index** 2:17 58:1 58:8
**information** 58:8,9
**injections** 12:7 12:12
**injured** 48:25
**injury** 12:25
**inside** 30:10
**instance** 45:6
**insurance** 53:6
**interested** 3:20 57:9
**interstate** 10:12 26:18 30:11
**introduced** 4:13
**involved** 12:18 30:21
**ipad** 32:15,16
**iphone** 32:16 33:2,4

**j**

**job** 20:13 22:7 22:17,23
**john** 41:9,10,16 41:16
**jonathan** 1:8 2:10 3:8 4:2 51:20,23,24 52:16 53:8
**jumbled** 31:24
**jw** 34:16

**k**

**k** 1:4,11 2:3 3:5 3:6 55:24
**karen** 17:1,9
**kathy** 6:25 8:13 18:22 37:7,21 38:2
**keep** 6:3 10:23 10:24 49:18
**keeps** 50:11
**keith** 6:11
**kept** 13:4
**keys** 34:16
**kid** 38:5
**kids** 10:25
**kind** 18:6 19:20 19:21 32:14

36:21 49:24
**king** 1:14 3:13
**klaasmeyer** 2:5 4:4,4 7:14,21 38:16 55:5,8 55:14,20
**knee** 39:23
**knees** 39:21
**knew** 26:24
**know** 6:6 7:17 10:23 11:24 12:2 15:5 17:5 17:6 19:5 20:6 20:23 22:3,4 22:16 24:1,1 25:21 26:11 27:5,9,20 30:17,20 31:7 31:8 32:4,9,18 33:5,14,16 34:8,22,24 35:2,17,23 36:4 37:6,14 37:15 38:7,9 38:15 40:2,12 43:1,14 44:7 45:4,8,16,17 46:18 47:2,3 47:16,17 48:3 49:7 51:15,15 52:18,22,23,23 53:9,9,11,13,19 53:22,23 54:5 54:19 55:10
**known** 8:13
**knows** 7:23 37:25 38:2

**l**

**l** 1:17 51:25 57:3,24
**lady** 6:21 14:9 37:9,17 47:12
**laid** 22:9 23:12 23:15
**lanisopril** 42:25
**large** 57:5
**law** 2:11
**lawyer** 31:7 38:10,14 55:2
**lawyer's** 46:21
**learn** 20:6
**lease** 36:19
**left** 30:11,13 31:17,17
**legal** 2:16 3:17
**letting** 6:3
**license** 15:15
**lift** 43:14
**liftgate** 28:11 28:15,18
**limit** 43:16
**listed** 7:1 46:21
**little** 8:10 9:8 9:14,25 16:21 25:19 34:23 53:15
**live** 6:12 16:12
**lives** 6:18 16:13
**living** 16:15
**llp** 2:11
**located** 3:13 22:2
**location** 1:14 34:12,15
**long** 6:3,15 8:13 11:23 13:4 16:2 20:15 21:18 22:5,10 23:1,3 31:13,15 50:21 54:7
**longer** 41:4
**look** 27:23 45:13
**looked** 26:20 35:25 51:11 53:19
**looking** 10:6 24:19
**lot** 8:16 27:1 28:13 31:25 40:2
**loud** 4:23
**louisianna** 17:20
**luckily** 28:11
**lucky** 26:21
**lumber** 16:21

**m**

**made** 27:14 49:19
**make** 4:16,19 13:14 21:3 23:24 25:3 26:18 53:22
**makes** 14:15
**man** 53:24
**manager** 16:16
**mangled** 28:2
**marcinak** 2:11
**married** 7:8 15:22,25 16:2 17:7
**martin** 13:5,7 13:24 14:1,2 14:11 24:8,14 35:2 36:5 43:6 44:9 49:23
**martineau** 1:14 3:13
**matter** 3:6 22:18 23:15,16
**matthews** 42:5
**mattresses** 26:3
**mean** 23:14 24:4 26:17 27:17 37:5 39:21 41:6,21 42:22 43:14 49:8 53:19

**mecklenburg** 57:12
**media** 3:4 55:25
**medical** 10:20 14:21 44:4 46:11 47:20
**medication** 5:9 42:20,20 46:2
**medicine** 42:15 53:7
**meloxicam** 5:18 40:11,17 43:23 46:3
**melton** 1:4,11 2:3 3:5,6 4:5,8 6:11 55:24
**member** 18:11
**men** 22:15
**mentioned** 47:12
**mess** 36:16
**messed** 24:13
**mgl** 1:3 3:11
**michael** 16:11
**michelle** 17:1,7
**middle** 17:11 38:7
**military** 21:7
**mind** 10:14
**mine** 47:7
**minute** 8:24,24
**mistaken** 9:17
**mobile** 33:7 34:12
**momarlaw.com** 2:13
**monday** 3:3
**money** 54:6
**monroe** 41:13 41:16 46:16
**months** 23:5 47:23 49:16
**morgan** 2:4,4 38:10,10
**moseley** 2:11 2:11 4:1,1,11 4:12 7:18 8:1 23:9,11 38:18 38:25 48:17,24 55:2,22 58:3
**movement** 4:22 40:25
**moving** 43:20
**muscles** 11:7 35:4 53:21

**n**

**n** 49:9,9
**name** 3:16 6:10 6:11 11:3,18 11:19,20 13:9 16:4,10,25 17:1,9,11,12,23 26:9 37:18 38:15 47:13
**name's** 4:12 51:23
**names** 49:12
**nc** 1:15
**neck** 31:4 55:17
**need** 4:25 5:2 17:3 20:19 23:16 24:2,2 34:11 35:16,16 51:12
**needed** 24:15 27:9 35:13 46:7 47:24
**needling** 52:5,7
**neither** 57:7
**nelson** 6:25 7:1 7:5 18:22
**nelson's** 47:3
**never** 14:7 15:5 19:3 21:9,9 24:23 26:8 53:25 54:1
**nice** 4:15
**night** 40:16
**nine** 22:6
**normally** 5:20
**north** 2:6 3:14 6:13 22:3 38:13 48:11 57:4,12
**notary** 57:4
**note** 44:16
**notice** 7:1
**noticed** 13:4 38:4
**noticing** 3:25
**novant** 11:22 12:1 13:1,14 13:16 14:3 41:12 42:6 46:23
**number** 3:4,10 12:1 24:3 32:19 33:1,9 47:3,15
**nurses** 47:24

**o**

**o** 23:8
**oak** 1:15 3:13
**oaks** 2:5
**oath** 3:18
**object** 7:14
**objection** 7:21
**objections** 3:23
**offered** 24:20 35:11
**office** 52:17 53:16
**officer** 35:15
**official** 57:11
**oh** 28:5 46:1 51:16
**okay** 4:21 5:2,5 5:7,12,14,17,19 5:23 6:2,6,12 6:15,18,21,24

7:1,7,11 8:2,6 8:13,15,23 9:12,15,23 10:10,22 11:4 11:10,25 12:3 12:6,16,23 13:7,10,15,19 13:23 14:13 15:16 16:2,10 16:24 17:4,14 17:23 18:2,11 18:14,17,25 19:15 20:6,9 20:12,22,25 22:5,20 23:17 24:7,11 25:14 26:2,4,10 27:17 28:9,17 28:21 29:2,5,8 29:10,13,16,18 29:23 30:2,10 30:22 31:16,20 32:12,18 33:8 33:14,17 34:1 34:3,10 35:15 36:12,21 37:17 39:8,12,18,23 40:14,20 41:1 41:8,12,14,18 42:1,8,11,19 43:11,16 44:4 44:16,24 45:5 45:11,24 46:6 46:17 47:9,18 49:11 50:6,13 50:22 52:4,10 52:15 53:7,12 53:17,25 54:3 54:13,25 55:14 55:20

**okaying** 7:24

**old** 14:15,16 28:25 29:15 53:13,14,24

**once** 26:20 37:2

**ones** 22:21 46:19

**opened** 30:8

**operated** 11:5

**opinion** 47:22 48:2 51:4,8,13 53:3

**opinions** 53:18

**opportunity** 35:12

**orangeburg** 1:2 3:10 13:20

**ordeal** 41:25

**order** 26:17,18

**organizations** 18:12

**outcome** 3:20

**outside** 26:20 30:11

**own** 10:19,25 29:8 36:18,19

**owned** 22:12 25:22

**p**

**p** 51:25

**p.m.** 1:13 3:3 38:21,24 48:20 48:23 56:1,5

**pad** 50:5

**padding** 50:4

**page** 58:2

**paid** 22:13 47:20 53:3

**pain** 5:11,22 31:3 36:2 39:3 39:8,14 40:18 43:16,20,22 45:12,21 49:15 49:18 55:18

**part** 11:22 39:15,19

**party** 3:19 57:8

**pass** 18:8

**passed** 16:1

**passengers** 14:19

**past** 27:9

**paul** 51:24 52:16 53:8

**pay** 24:4 25:20

**paycheck** 49:4

**pending** 57:9

**people** 14:3 17:19 32:1 37:22 50:13

**period** 32:11

**permanent** 43:7

**personal** 33:10

**pharmacy** 40:20

**phone** 32:12,14 33:1,6,14,21 34:1,7,11,12 47:3,15

**phonetic** 24:17 42:25

**physical** 15:14 25:5 36:15 43:1 44:11,13 49:14,17 51:2 52:9,11

**physician** 5:21

**pick** 21:14

**picked** 37:10

**piedmont** 19:8

**pill** 21:4

**pills** 31:3 46:5 55:18

**place** 3:12 34:11 40:22,24 41:1 50:7 52:10 54:11

**placement** 24:20

**places** 21:14 37:10,22

**plaintiff** 1:5 2:3 4:5

**planned** 37:6
**please** 3:24 6:10 8:25
**pllc** 1:14 3:13
**plus** 18:20
**po** 2:12
**police** 30:17
**popped** 54:20
**positive** 16:17 52:21
**possible** 4:16
**prescribed** 5:21
**prescription** 40:10,17,21 42:15
**prescriptions** 41:19 42:12
**present** 2:15 3:21
**pressure** 42:20 42:22,25 43:2
**prevent** 5:24
**prior** 8:20 9:2,3
**pro** 32:20
**probably** 11:20 23:9 33:3 49:16 54:24
**problem** 11:9 11:14 43:18
**problems** 39:3 39:24 44:5
**proceeding** 3:24
**proffered** 58:13
**pronounce** 11:2 26:9 49:8
**provider** 33:5,6
**pt** 49:14
**public** 57:4
**puleo** 1:17 4:7 57:3,24
**pull** 31:21 45:4
**pulled** 26:19 29:1 31:16 32:6
**pump** 50:23
**pumped** 50:18
**pumps** 50:15
**push** 30:15 44:19,25 45:2 45:16
**put** 15:17 24:5 25:25 50:7 53:21

**q**

**quack** 51:18
**quarter** 9:25 11:8
**question** 4:18 4:21 7:15 10:18
**questions** 4:16 5:24 8:11 55:3 55:4,6,21
**quick** 13:2
**quite** 20:18 24:13 43:15 46:5

**r**

**r** 17:17
**raleigh** 16:13
**randolph** 11:2
**rather** 30:12
**rating** 43:8
**ray** 39:5 51:11
**rays** 11:6 13:1 34:24
**read** 56:3
**realize** 14:6 18:15
**really** 4:15 10:8 11:24 13:12 25:20 27:19 30:1 35:18 37:16 44:15 45:8 46:14 52:14
**rear** 2:17 45:9
**reason** 19:13 30:21 40:14 55:15
**recall** 26:13 32:8 39:1 43:8
**received** 51:13 51:15
**receiving** 54:6
**recommend** 53:1
**recommended** 14:3 48:10 52:24 55:12
**recommends** 14:9
**reconstruct** 24:12
**record** 3:2,23 15:20 38:17,19 38:21,22,24 48:17,20,21,23 56:1 57:6
**recorded** 3:4
**records** 4:14 10:3,6,6 11:21 24:20 40:15 44:17
**red** 1:15 3:13
**referenced** 5:14
**referred** 14:5
**regular** 53:14
**related** 3:19 57:8
**relationship** 7:3
**relaxes** 50:15
**remarried** 21:9
**remember** 10:9 10:11,21 11:17 11:17,19 13:12 24:3,4,6 27:19 30:1 33:1 34:5

35:9 39:4 40:13,18 41:24 43:4,24 44:20 44:21,24 54:6
**repair** 54:16
**repaired** 7:25 11:9 21:22 28:14 54:17
**repairs** 30:20
**repeating** 10:14
**replace** 24:15
**replaced** 28:14
**report** 12:25 30:17 52:5
**reported** 1:17 33:15
**reporter** 1:17 4:6 23:6 57:1,3 57:24 58:4
**represent** 4:2
**requested** 58:8 58:9
**responses** 46:22
**retire** 22:7
**retired** 18:1
**return** 24:5
**returned** 20:12
**returns** 29:11 29:14
**reviewed** 4:14
**rid** 22:19
**ride** 37:3
**right** 5:14 6:7,8 6:9 7:11 8:15 8:17,18,20,21 9:8 10:2,20,23 12:20 15:16 16:8 17:21 18:15,22 20:11 20:13 22:3 24:13 25:7 26:7,12,22 28:8,24 29:21 29:22 30:12 36:7,23 38:6 39:5 42:2 45:21 46:3,13 47:2,10,11 49:7 50:25 52:3 53:8,14 53:25 54:18 55:5,20,22 56:3,4
**ring** 25:9
**road** 11:2 30:8 31:13 41:13 42:2,3 46:16
**rob** 4:1,12 38:16
**rob.moseley** 2:13
**robert** 2:11
**roll** 27:18 29:18,23
**romanowski** 12:3 13:11 41:4
**room** 8:8
**rotary** 24:25
**rotator** 36:12
**run** 22:16

**s**

**s** 23:8
**sales** 16:16
**salvation** 9:7 10:12 12:18 15:10,13 18:13 20:10 21:12,19 23:13,25 25:22 28:6 35:5 49:3
**sam's** 40:22,23 40:23 41:1 44:2
**saw** 12:13 24:17 27:25 28:22 30:18 46:19 54:16
**sayer** 46:17
**saying** 19:18 38:3
**says** 44:17
**sc** 2:6,12
**scale** 45:11
**scan** 11:6 35:3 36:14 49:21
**scared** 26:23 27:20
**scene** 30:3 35:6
**schnowski** 24:17 48:5,7
**school** 18:25 19:7,10,12,14 19:23 20:1
**seal** 57:11
**seat** 29:22
**seatbelt** 27:14 31:11
**second** 38:17 47:22 48:2,18 49:23 51:4,8 53:3
**security** 15:19
**see** 6:2 8:6 14:10 24:7 34:25 36:3 41:6,7,16
**seeing** 41:4
**seem** 4:14 34:22
**seems** 52:19
**seen** 30:17 48:5 50:13
**seldom** 21:17
**sell** 16:18
**send** 15:11 51:17,18,19
**sense** 4:19
**sent** 52:16 54:8
**separated** 12:14

**separation** 9:25
**service** 18:19 18:20
**seventy** 14:16
**severe** 29:6,7 39:25
**shaken** 35:18
**she'll** 8:12
**sherri** 1:17 4:6 57:3,24
**shook** 27:1
**shop** 21:25
**shorthand** 57:3 57:24
**shortly** 51:16
**shots** 53:22
**shoulder** 5:12 5:15 8:16,17 8:20 9:7,12 10:7,20 12:8 12:21,25 24:8 24:12,16,20,24 31:17,21 34:20 36:5 38:3 39:5 39:5,9,10 40:1 40:17 43:13 44:6,18,20,25 45:5,12 49:22 49:24,25 50:14 50:19,24
**shoulder's** 7:24
**show** 10:3,7 35:4
**showed** 11:6 51:7
**shut** 45:17
**side** 26:19 27:8 30:12,12,13 31:17 32:6 38:6
**sign** 56:3
**signature** 57:23
**sir** 5:1,16 6:1,7 6:23 8:22 9:9 11:23 12:9,22 13:18 17:16,18 18:16,16 19:13 20:2,8 21:8,11 22:1 24:23 33:12 36:10 40:13 46:16 49:2 51:3 52:23
**sit** 8:7 27:10 40:4,7 43:19
**sitting** 45:20 47:2
**six** 47:23
**skidding** 32:1
**slamming** 32:1
**slid** 44:22
**slight** 29:6
**sling** 50:4
**social** 15:19
**somebody** 15:5 37:4 48:9
**soon** 35:21 36:14
**sorry** 7:5 18:5 28:3 37:18 47:5
**sound** 12:3 25:11 49:10 53:8 54:17
**sounds** 12:5 15:4
**south** 1:1 3:10 13:20 14:25 15:9 25:19
**speaking** 37:21
**spell** 17:15 49:8
**spend** 17:20
**splinter** 54:7
**sports** 53:7
**squeeze** 50:11
**staple** 23:4
**started** 4:13 39:14 44:12 49:15,18
**starts** 26:11
**state** 3:22,24 14:19 57:4
**states** 1:1 3:9
**statesville** 52:18
**steve** 26:8,19 26:20 30:18,22 31:16 32:5 35:19 37:24 55:11
**steve's** 26:9
**steven** 24:17 26:8 48:5,7
**stomach** 18:7
**stop** 4:20 49:17
**stopped** 19:5 20:16 26:16,16 28:13 32:3
**stops** 40:2
**storage** 25:23 25:25
**story** 22:10
**street** 37:9
**streets** 37:17
**stuff** 16:21 46:10
**sudden** 25:1
**sued** 54:1
**suite** 3:14
**supply** 16:22
**supposed** 13:13 14:8 21:4
**sure** 13:14 18:10 19:19 21:3 26:18 27:14 35:10 38:18 39:4 55:7
**surgeon** 51:22 52:2
**surgery** 8:20 9:2,8,12 10:4,7 10:11 11:11,18 12:6,9,17 13:8

24:21,22 36:5 43:6 44:9 47:19 48:15 49:23 51:21 52:2 53:2,20 54:8
**surprise** 10:2
**swear** 4:7
**sworn** 4:9
**synced** 33:20

**t**

**t** 17:17 23:8,8 33:7 34:12 49:9
**tacoma** 36:23
**take** 5:17,20 8:2 12:14 20:24 21:4,4 37:7 39:4 42:18,19,22,24 46:6,10 49:21
**taken** 1:16 3:5 5:9 34:24 35:13 37:10
**talk** 25:7
**talked** 31:9 43:21
**talking** 12:9 51:5
**tax** 24:5 29:10 29:13
**taxes** 24:4 29:8 49:3
**tear** 36:12 44:14
**technical** 19:22
**telephone** 33:9
**tell** 4:20 7:12 10:19 25:14 26:12 27:6,12 35:10,15 39:9 46:22 52:24 53:17
**ten** 9:20 21:20
**tendons** 54:15 54:20
**term** 43:9
**terms** 30:15 43:12
**test** 20:4
**testified** 4:9
**testimony** 15:20 27:2
**thank** 15:21 26:25
**therapy** 25:6 36:15 44:11,14 49:14,17 51:2 52:9,11
**thereof** 57:9
**thing** 10:9,22 13:2,13 24:15 24:18 25:5 31:2 35:23 40:5 53:1 54:5
**things** 7:25 21:16 34:22 37:5 40:3,4
**think** 7:11 8:12 9:16,20 12:11 16:3,16 19:22 23:17,17 26:21 29:23,25 31:4 32:3 35:3 40:15 41:18 42:11 44:8 49:13 54:5
**thinks** 7:20
**thought** 24:25 29:19 35:17 48:3
**three** 13:3 18:4 55:24
**thumb** 50:8 54:7
**tied** 54:22
**tighter** 50:15
**till** 39:13
**time** 1:13 3:24 11:1 14:6,20 17:2,20 23:3 32:4,21,24 33:23 34:2,6 35:17,22 37:7 38:20,23 39:16 40:9 41:3,19 42:12,16 44:13 48:19,22 49:23 51:1 55:25
**times** 15:24 37:6 49:13
**tiny** 9:25
**tizanidine** 49:7 49:9
**today** 5:5,10,17 5:25 20:10 29:14 43:11 45:14
**told** 13:9 22:16 28:19 29:17 39:4 49:20 52:25
**ton** 6:11
**took** 5:11 20:3 20:3 39:6
**tool** 54:10
**tools** 21:22
**torn** 54:17
**touching** 31:24
**towards** 38:6
**towed** 28:22
**towing** 28:1
**town** 25:19
**toyota** 36:23
**track** 37:18
**tractor** 26:22 26:24 28:25
**traffic** 26:16,19 27:8 31:23 32:10
**trail** 6:13
**trailer** 26:22,24
**training** 19:16 19:20,21

**transcript** 2:17 15:18 56:3 57:6
**transportation** 1:7 2:10 3:8
**treatment** 10:21 12:20 13:21 35:16
**trick** 10:5
**tried** 44:19,21
**truck** 9:6 10:13 12:19 19:12,13 27:20,24 28:1 28:4,6,22,24 30:15
**trucks** 27:18 30:19
**true** 57:6
**truthfully** 5:24
**try** 4:15,21 12:7 37:3 40:3 43:14 50:24
**trying** 10:5 22:19 44:25 45:2,3
**twenty** 22:6
**twice** 38:5
**two** 13:3 18:4 19:4 20:17 22:14,15 23:21 37:22

**u**

**u** 51:25
**under** 5:8 45:3
**understand** 4:20 8:19 10:16 19:18 24:19 31:3,5
**understands** 8:10
**unit** 3:4
**unitd** 3:9
**united** 1:1
**units** 55:25
**university** 40:22 41:1
**unload** 21:16
**urgent** 31:2 39:2 40:15 46:25
**use** 40:21 45:3
**used** 25:23
**usually** 29:21

**v**

**vehicle** 27:3 28:18 29:19 30:3 34:18 36:18 37:1
**veritext** 3:17
**versus** 3:7
**vertigo** 41:22 42:9 46:5,12
**vicky** 37:19,20 37:21 47:14,15
**vicky's** 47:15
**video** 3:4,12 55:23
**videographer** 2:16 3:2,17 4:6 38:20,23 48:19 48:22 55:23
**videotaped** 1:11
**vitamins** 42:18

**w**

**wait** 8:24,24
**waiting** 8:7 24:9 27:21 47:21 48:2
**waives** 56:3
**waletich** 1:7,7 2:9,9 3:7,7 4:2
**walk** 30:4
**walked** 53:2
**walmart** 40:23
**wanda** 16:5 21:10
**want** 6:5 21:3 52:19
**wanted** 31:22
**watch** 33:18
**water** 50:19,23
**way** 7:12 15:14 26:25 31:22 32:11 38:8
**ways** 35:7
**wear** 49:24 50:14
**wearing** 31:11 33:17 51:1
**week** 37:2
**weeks** 50:20
**weld** 20:7
**went** 11:1 13:1 13:5,16 21:5 23:18 28:13 31:1 34:23 35:2 47:5 48:5 49:13 51:2 54:20 55:12
**west** 1:4,11 2:3 3:5,6 4:5,8,12 6:11 39:1 51:17 55:2,24
**whatsoever** 11:15
**whichever** 52:19
**wholesale** 40:23
**wife** 16:1 18:6
**williams** 1:8 2:10 3:8 4:3
**wilson** 7:3
**windows** 16:19 16:20
**withhold** 49:3
**witness** 4:7 7:2 7:17,23 23:7 55:7,10,17

56:2 57:10
**women** 37:22
**words** 10:19
**work** 17:2 18:20 20:15 21:13,23 23:18 32:11 34:11
**worked** 23:4,19
**workers** 7:24 14:7,9 20:11 21:14 24:9 38:11 47:19 48:1 51:6,13 52:15 54:4
**working** 15:12 20:9,16 21:18 38:14 53:20
**worse** 43:20,20 45:24 54:14
**wrong** 9:9,10 34:25 36:3

**x**

**x** 11:6 13:1 34:24 39:5 51:11

**y**

**yeah** 5:6,13,21 9:19,22 11:12 14:6,12,18 15:12 17:22 20:5 21:2 22:10 25:13 26:1 28:16 29:25 33:4,19 33:22 36:25 37:5,23 38:18 38:18 41:21 42:4,7,22 43:4 43:14,18,24 44:3,10 45:10 46:1,4,8,10,10 48:8 50:20 51:20 52:1,6,9 53:6 54:12,13
**year** 15:13 23:24
**years** 6:17 8:14 9:20 12:2 14:16,22 16:3 18:9 21:20 22:6 23:2,21 29:11,15 54:24

**z**

**z** 49:9
**zooming** 27:9

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.