# EXHIBIT 4

ORIGINAL

| SOUTH CAROLINA DPS/OHS & DMV USE ONLY | Page # 1 Of: 1 | SOUTH CAROLINA TRAFFIC COLLISION REPORT FORM TR-310 (Rev. 04/2016) | # Of Units 2 | Amended - Attach Copy of Original Report Corrected | Notified 1325 | Arrived 1437 |
|---|---|---|---|---|---|---|

| Date | Time of Collision | County | Route Type | Collision Location (Rt. # / Name) | Route Category | Miles | Dir. | In / Near City or Town of: |
|---|---|---|---|---|---|---|---|---|
| 02-23-2024 | 1315 | 38 | (1) Interstate; 2 - US Primary; 3 - SC Primary; 4 - Secondary; 5 - County; 6 - PP; 7 - Ramp | On 26 / INTERSTATE 26 | (0) Main line; 2- Alternate; 5- Spur; 6- Connection; 7- Business | 2 | N (E) S W | (Near) ORANGEBURG |

| Lane # / Dir | # | Of | N E S (W) | Distance Offset | Direction | Route Type | Base Intersection (Rt # / Name) | Route Category | GPS COORDINATES 00 00'00.00" DEGREES MINUTES SECONDS |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 4 | (W) | 5 (Feet) | N E S (W) | 1 - Interstate; (2) US Primary; 3 - SC Primary; 4 - Secondary; 5 - County; 6 - Other; 7 - Ramp | From 601 / ST. MATTHEWS RD | (0) Main line; 2 - Alternate; 5 - Spur; 6 - Connection; 7 - Business; 9 - Other | Latitude 33 ° 33 ' 38.14 " |
| R. R. Id | | | | From / Ramp Only / To: N E S W; 1 - Entrance; 2 - Exit | | 1 - Interstate; 2 - US Primary; 3 - SC Primary; (4) Secondary; 5 - County; 6 - Other; 7 - Ramp | Toward 166 / WATERSPRING RD (Second Intersection (Rt. # / Name)) | (0) Main line; 2 - Alternate; 5 - Spur; 6 - Connection; 7 - Business; 9 - Other | Longitude 80 ° 49 ' 33.08 " |

## Unit 1

| Field | Value |
|---|---|
| | SA-839423 |
| (Driver)/Pedestrian's Full Name | WILLIAMS JONATHAN BRADLEY |
| Unit # | 1 |
| Sex | M |
| Race | W |
| Street | 145 MAJESTIC OAK CIR |
| # Occ | 1 |
| Birth Date | 05-14-1988 |
| City, State, & Zip | BYRON GA 31008-6402 |
| State | GA |
| Driver's License # | 060280792 |
| Class | AM |
| Insurance Company | ARCH INSURANCE CO. |
| Year | 2020 |
| Body | DS |
| Vehicle Make | FRHT |
| VIN | 3ALXA7001LDLY2463 |
| State | MN |
| Year | 2025 |
| License Plate # | PAU2581 |
| Owner's D.L. # | NONE |
| Home Telephone | 5079317440 |
| Owner's Full Name | WALETICH CORPORATION |
| Bus. Telephone | |
| Street | 353 INDUSTRIAL ST E |
| Contributed To Collision | (Yes) No |
| City, State & Zip | KASOTA MN 56050 |
| Estimated Speed | 70 |
| Speed Limit | 70 |
| C.D.L. Req: | (Yes) No |
| T/B S Req: | (Yes) No |
| Alc/Drg info (see back): | Yes (No) |
| Statute # | |
| Statute # | |
| Towed By | (Yes) No — CAROLINA TOWING 2 (OI |

## Unit 2

| Field | Value |
|---|---|
| | SA-839928 |
| (Driver)/Pedestrian's Full Name | BUTCHINO STEVEN JOHN |
| Unit # | 2 |
| Sex | M |
| Race | W |
| Street | 7303 KINSMORE LN |
| # Occ | 2 |
| Birth Date | 05-18-1963 |
| City, State, & Zip | CHARLOTTE NC 28269-8936 |
| State | NC |
| Driver's License # | 000033307333 |
| Class | C |
| Insurance Company | ZURICH AMERICAN INS CO |
| Year | 2023 |
| Body | DS |
| Vehicle Make | ISU |
| VIN | JALE5W166P7901922 |
| State | NC |
| Year | 2024 |
| License Plate # | TR1987 |
| Owner's D.L. # | NONE |
| Home Telephone | 7049959638 |
| Owner's Full Name | THE SALVATION ARMY |
| Bus. Telephone | |
| Street | 4015 STUART ANDREW BLVD |
| Contributed To Collision | Yes (No) |
| City, State & Zip | CHARLOTTE NC 28217 |
| Estimated Speed | 60 |
| Speed Limit | 70 |
| C.D.L. Req: | Yes (No) |
| T/B S Req: | Yes (No) |
| Alc/Drg info (see back): | Yes (No) |
| Statute # | |
| Statute # | |
| Towed By | Yes (No) |

## Unit 3

| Field | Value |
|---|---|
| Driver/Pedestrian's Full Name | |
| Unit # / Sex / Race / Street | |
| # Occ / Birth Date / City, State, & Zip | |
| State / Driver's License # / Class / Insurance Company | |
| Year / Body / Vehicle Make / VIN | |
| State / Year / License Plate # / Owner's D.L. # | |
| Home Telephone / Owner's Full Name | |
| Bus. Telephone / Street | |
| Contributed To Collision | Yes No |
| City, State & Zip | |
| Estimated Speed / Speed Limit | |
| C.D.L. Req: | Yes No |
| T/B S Req: | Yes No |
| Alc/Drg info (see back): | Yes No |
| Statute # / Statute # | |
| Towed By | Yes No |

| Dir. of Travel | Unit 1: N S E (W) | Unit 2: N S E (W) | Unit 3: N S E W |
|---|---|---|---|

| Unit 1 Dam. | Unit 2 Dam. | Unit 3 Dam. | Prop. Dam. 1 | Prop. Dam. 2 |
|---|---|---|---|---|
| $ 8000 | $ 3000 | $ | $ | $ |

| Property Owner/Witness: | Property Owner/Witness: |
|---|---|
| Address | Address |
| State / Zip: / Phone | State / Zip: / Phone |




Photo: Y (N)

Describe What Happened (Refer to Units by Number)

Pending Investigation Y (N)

UNIT 1 AND UNIT 2 WAS DRIVING WEST ON I-26. UNIT 1 DUE TO DRIVING TOO FAST FOR CONDITIONS STRUCK UNIT 2.

**NOTICE - THE TR-310 IS FOR STATISTICAL REPORTING PURPOSES ONLY AND IS A REFLECTION OF THE OFFICER'S BEST KNOWLEDGE, OPINION AND BELIEF COVERING THE COLLISION BUT NO WARRANT IS MADE AS THE FACTUAL ACCURACY THEREOF.**

| Investigating Officer's Name | Rank | SCCJA# | Jurisdiction Code | Review Date | Reviewer's Name | Rank | Internal Agency Code |
|---|---|---|---|---|---|---|---|
| B. BUTLER | TFC | 6499-1151 | HP07 | 03-06-2024 | J. L. BURGESS | CPL | DPSB24CAD109062 |

| Unit: | Date of Birth | Sex: | Race | INJ: | Seat: | R/SD | A.B.D. | Eject | LAI: | Tran: | Name | Street Address | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05-14-1988 | M | W | a 0 b | 01 | 13 | a 4 3 b | 1 | 1 | a 2 b | WILLIAMS JONATHAN BRADLEY | 145 MAJESTIC OAK CIR BYRON GA | 31008-6402 |
| 2 | 05-18-1963 | M | W | a 1 b | 01 | 13 | a 4 3 b | 1 | 1 | a 2 8 b | BUTCHINO STEVEN JOHN | 7303 KINSMORE LN CHARLOTTE NC | 28269-8936 |
| | | | | a b | | | a b | | | a b | | | |
| 2 | 06-04-1947 | M | W | a 1 b | 03 | 13 | a 4 3 b | 1 | 1 | a 2 8 b | WEST, MELTON KEITH | 7415 AUTUMN TRAIL DR CHARLOTTE NC | 28213-5769 |
| | | | | a b | | | a b | | | a b | | | |
| | | | | a b | | | a b | | | a b | | | |
| | | | | a b | | | a b | | | a b | | | |
| | | | | a b | | | a b | | | a b | | | |

**Race** A - Asian/Pacific Islander W - Caucasian B - African American H - Hispanic O - Other I - Alaskan Native or American Indian U - Unk

**a) Injury Status** 0- No Apparent Injury 1- Possible Injury 2- Suspected Minor Injury 3- Suspected Serious Injury 4- Fatal

**Seating Loc.** 01 02 03 / 04 05 06 / 07 08 09; 20- Pedestrian 30- Trailing Unit 40- Bus or Van (4th row or Higher) 50- Other Enclosed Area (nontrailing) 51- Other Unenclosed Area (nontrailing) 60- Sleeper of Cab 70- Riding on Unit Exterior 80- Lap 99- Unk./NA

**Restraint/Safety Device** 00- None Used 11- Shoulder belt 12- Lap Belt Only 13- Shoulder & Lap Belt 21- Child Safety Seat 88- Other 99- Unk.

**Air Bag Deployment / Switch** a) 1- Deployed Front 2- Deployed Side 3- Deployed Both 4- Not Deployed 7- Not Applicable 9- Deployment Unk. b) 1- Switch In On Position 2- Switch In Off Position 3- No Switch 9- Unknown

**Ejection** 1- Not Ejected 2- Part. Ejected 3- Tot. Ejected 7- Not App. 9- Unk.

**b) 2 or 3 Wheel Motorized Vehicle Only** Head Injury 1) Yes 2) No

**Location After Impact** 1- Not Trapped 2- Extricated (Mechanical Means) 3- Freed (non-mech) 4- Not Applicable 9- Unknown

**a) Transported to Medical Facility** 1- Yes 2- No 3- Uknown; b) By: 1-EMS 2- Police 8- Other 9- Unk.

**Pedestrian, Motor/Pedalcycle Only** 31- Helmet 41- Protective Pads 51- Reflective Clothing 61- Lighting

**Sequence of Events**

**Non-Collision** 01- Cargo/Equip Loss or Shift 02- Cross Median/Center 03- Downhill Runaway 04- Equipment Failure 05- FIre/Explosion 06- Immersion 07- Jackknife 08- Overturn/Rollover 09- Ran off Road Left 10- Ran off Road Right 11- Separation of Units 12- Spill (Two-Wheeled Veh.) 18- Other Non-collision 19- Unk. Non collision

| Unit | Event 1 | Event 2 | Event 3 | Event 4 | Most Hrmfl | 1st Hrmfl |
|---|---|---|---|---|---|---|
| 1 | 22 | | | | 22 | 22 |
| 2 | 22 | | | | 22 | |
| 3 | | | | | | |

**Collision: Not Fixed** 20- Animal (Deer Only) 21- Animal (All Other) 22- Motor Veh. (in Transport) 23- Motor Veh. (Stopped) 24- Motor Veh. (Other Roadway) 25- Motor Veh. (Parked) 26- Pedalcycle 27- Pedestrian 28- Railway Veh. 29- Work Zone Maint. Equip. 38- Other Movable Object 39- Unk. Movable Object

**Collision: Fixed Object** 40- Bridge Overhead Structure 41- Bridge Parapet End 42- Bridge Pier or Abutment 43- Bridge Rail 44- Culvert 45- Curb 46- Ditch 47- Embankment 48- Equipment 49- Fence 50- Guardrail End 51- Guardrail Face 52- Highway Traffic Sign Post 53- Impact Attenuator/Crash Cushion 54- Light/Luminaire Support 55- Mail Box 56- Median Barrier 57- Overhead Sign Support 58- Other (Post, Pole, Support, Etc.) 59- Other (Wall, Building, Tunnel, Etc.) 60- Tree 61- Utility Pole 62- Work Zone Maint. Equipment 68- Other 69- Unk.

**Manner of Collision (Struck Veh.)** 1: — 2: 10 3: — (1st Hrmfl Collision) 00- Not Coll. w/ Motor Veh. 10- Rear End 20- Head On 30- Rear-to-Rear 41- Angle 42- Angle 43- Angle 50- Sideswipe Same Dir. 60- Sideswipe Opposite Dir. 70- Backed Into 99- Unknown

**1st / Most Deformed Area** 1st Deformed: 1: 1 2: 57 3: — Most Deformed: 1: 93 2: 57 3: —



21- Pedestrian 81- None 92- Rollover 93- Total 94- Under Carriage 98- Other 99- Unk.

**Vehicle Type:** 1: 13 2: 14 3: — 01- Automobile 12- Pickup Truck 13- Truck Tractor 14- Other Truck 15- Full Size Van 16- Mini Van 17- Sport Utility 25- Motorcycle 26- Other Motorbike 27- Pedalcycle 38- Animal Drawn Veh. 39- Animal (Ridden) 41- Pedestrian 51- Train 61- School Bus 62- Passengers Bus 98- Other 99- Unk. (Hit and Run Only)

**Vehicle Use Code** 1: 07 2: 07 3: — 01- Personal 02- Driver Training 03- Construction/Maint. 04- Ambulance 05- Military 06- Transport Passengers 07- Transport Property 08- Farm Use 09- Wrecker or Tow 10- Police 11- Goverment 12- Fire Fighting 13- Logging 18- Other 41- Pedestrian

**Vehicle Attachment** 1: 3 2: 1 3: — 1- None 2- Mobile Home 3- Semi-Trailer 4- Utility Trailer 5- Farm Trailer 6- Trailer w/ Boat 7- Camper Trailer 8- Towed Motor Vehicle 9- Petroleum Tanker A- Lowboy Trailer b- Autocarrier Trailer C- Other Tanker D- Flat Bed E- Twin Trailers F- Other

**Action Prior to Impact (Vehicle) (Non-motorist)** 1: 06 2: 06 3: — 01- Backing 02- Changing lanes 03- Entering traffic lane 04- Leaving traffic lane 05- Making U-turn 06- Movements Essentially Straight Ahead 07- Overtaking/passing 08- Parked 09- Slowing or Stopped in traffic 10- Turning left 11- Turning right 88- Other 99- Unk. 21- Approaching Leaving Vehicle 22- Entering/Crossing Location 23- Playing/Working on Vehicle 24- Pushing Vehicle 25- Standing 26- Walking, Playing, Cycling 27- Working

**Alcohol / Drug Test Given** A1 D1 / A2 D2 / A3 D3: 1- Given - Known Results 2- Given - Unusable 3- Given - Pending 4- None 5- Refused

**Test Type** 1- Breath (Alc Only) 2- Blood 3- Urine 4- Serum 8- Other

**Drug Results** 1- Amphetamines 2- Cocaine 3- Marijuana 4- Opiates 5- PCP 7- None 8- Other

**Alc Test Results** A1- A2- A3-

**Special Use Only** 1 2 3 4 5 6 7

**Underride/Override** 1: 6 2: 6 3: — 1- Under- Compartment Intrusion 2- Under- No Intrusion 3- Under- Unknown 4- Over MV in transport 5- Over- Other Vehicle 6- None 9- Unk.

**Extent of Deformity** 1: 4 2: 2 3: — 0- None/Minor 2- Functional Damage 3- Disabling Damage 4- Severe/Totaled 5- Not Applicable 9- Unk.

**Trafficway** 3 — 1- Two-way, Not Divided 2- Two-way, Divided, Unprotected Median 3- Two-way, Divided, Barrier 4- One-Way 8- Other

**1st Harmful Event Loc.** a: 5 b: 2 — A: 1- Gore 2- Island 3- Median 4- Roadside 5- Roadway 6- Shoulder 7- Sidewalk 8- Outside Trafficway 9- Unk. B: X-walk: 1- Y 2- N 9- U

**Road Character** 1 — 1- Straight - Level 2- Straight - On Grade 3- Straight - Hillcrest 4- Curve - Level 5- Curve - On Grade 6- Curve - Hillcrest

**Road Surface Condition** 1 — 1- Dry 2- Wet 3- Snow 4- Slush 5- Ice 6- Contaminate 7- Water (Standing, etc) 8- Other 9- Unk.

**Traffic Control Type** 98 — 01- Stop and Go Light 02- Flashing Traffic Signal 11- RR (X-bucks, Light & Gates) 12- RR (X-bucks & Lights) 13- RR (X-bucks Only) 21- Officer or Flagman 22- Oncoming Emergency Vehicle 31- Pavement Markings (only) 41- Stop Sign 42- School Zone Sign 43- Yield Sign 44- Work Zone 45- Other Warning Signs 51- Flashing Beacon 98- None 99- Unk.

**Weather Condition** 1 — 1- Clear (no adverse conditions) 2- Rain 3- Cloudy 4- Sleet, Hail 5- Snow 6- Fog, Smog, Smoke 7- Blowing Sand, Oil, Dirt or Snow 8- Severe Crosswinds 9- Unk.

**Light Condition** 1 — 1- Daylight 2- Dawn 3- Dusk 4- Dark (Lighting Unspecified) 5- Dark (Street Lamp Lit) 6- Dark (Street Lamp Not Lit) 7- Dark (No Lights)

**School Bus Involved:** 3 — 1- Yes, Directly 2- Yes, Indirectly 3- No 9- Unk.

**Work Zone:** 2 — 1- Yes 2- No

**Work Zone Location** 1- Before 1st Sign 2- Advanced Warning Area 3- Transition Area 4- Activity Area 5- Termination Area

**Work Zone Type** 1- Shoulder/Median Work 2- Lane Shift/Crossover 3- Intermittent/Moving Work 4- Lane Closure 8- Other 9- Unk.

**Workers Present:** 1- Yes 2- No

**Junction Type** 13 — 01- Crossover 02- Driveway 03- Five/More Points 04- Four-way Intersection 05- Railway Grade Crossing 07- Shared Use Paths or Trail 08- T-Intersection 09- Traffic Circle 12- Y - Intersection 13- Nonjunction 99- Unk.

**Contributing Factors** Primary: 03 Others:

**Driver** 01- Disregarded Signs, Signal, Etc. 02- Distracted/Inattetion 03- Driving Too Fast for Conditions 04- Exceeded Authorized Speed Limit 05- Failed to Yield Right of Way 06- Ran off Road 07- Fatigued/Asleep 08- Followed Too Closely 09- Made an Improper Turn 10- Medical Related 12- Aggressive Operation of Vehicle 13- Over-correcting/Over-steering 14- Swerving to Avoid Object 15- Wrong Side or Wrong Way 16- Under the Influence 17- Vision Obscured (Within Unit) 18- Improper lane Usage/Change 19- Cell Phone 20- Texting 28- Other Improper Action 29- Unk.

**Roadway** 30- Debris 31- Non-highway Work 32- Obstruction in Roadway 33- Road Surface Condition (I.e., Wet) 34- Rut, Holes, Bumps 35- Shoulders (None, Low, Soft, High) 36- Traffic Control Device (I.e., Missing) 37- Work Zone (Constr./Maint./Utility) 38- Worn, Travel-Polished Surface 48- Other 49. Unk.

**Non-Motorist** 50- Inattentive 51- Lying &/or Illegallly in Roadway 52- Failure to Yield R. of W. 53- Not Visible (Dark Clothing) 54- Disregard Signs, Signals, Etc. 55- Improper Crossing 56- Darting 57- Wrong Side of Road 58- Other 59- Unk. 66- Under the Influence 67- Other Person Under Influence

**Environmental** 60- Animal in Road 61- Glare 62- Obstruction 63- Weather Cond. 68- Other 69- Unk.

**Vehicle Defect** 70- Brakes 71- Steering 72- Power Plant 73- Tires/Wheel 74- Lights 75- Signals 76- Windows/Shield 77- Restraint System 78- Truck Coupling 79- Cargo 80- Fuel System 88- Other 89- Unk.

Mail FR-10 to: SC Department of Motor Vehicles
Office of Financial Responsibility (803) 896-5000
PO BOX 1498, Blythewood, SC 29016-0050

**SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES FR-10 (Rev. 04/2016)**
**NOTICE OF REQUIREMENT**

Submit Electronically: Agents or Company Representatives can submit your insurance information at WWW.SC-ALIR.com

| Date | Time | County | Route Type | Collision Location (Rt. # / Name) | Route Category | Miles | Dir. | In/Near City or Town of: |
|---|---|---|---|---|---|---|---|---|
| 02-23-2024 | 1315 | 38 | (1) Interstate; 2 - US Primary; 3 - SC Primary; 4 - Secondary; 5 - County; 6 - PP; 7 - Ramp | On 26 / INTERSTATE 26 | (0) Main line; 2 - Alternate; 5 - Spur; 6 - Connection; 7 - Business | 2 | N (E) S W | (Near) ORANGEBURG |

To Vehicle Owner/ Operator: Failure to return this form to the Department of Motor Vehicles within 15 days from the date of the collision could result in the suspension of your driver license and registration privileges pursuant to South Carolina Code of Laws 56-9-351 and 56-10-530.

| Field | Unit 1 | Unit 2 |
|---|---|---|
| Report # | SA-839423 | SA-839928 |
| (Driver)/Pedestrian's Full name | WILLIAMS JONATHAN BRADLEY | BUTCHINO STEVEN JOHN |
| Unit # | 1 | 2 |
| Sex | | |
| Race | | |
| Street | 145 MAJESTIC OAK CIR | 7303 KINSMORE LN |
| # Occ | 1 | 2 |
| Birth Date | | |
| City, State, & Zip | BYRON GA 31008-6402 | CHARLOTTE NC 28269-8936 |
| State | GA | NC |
| Driver's License # | 060280792 | 000033307333 |
| Class | AM | C |
| Insurance Company | ARCH INSURANCE CO. | ZURICH AMERICAN INS CO |
| Year | 2020 | 2023 |
| Body | DS | DS |
| Vehicle Make | FRHT | ISU |
| VIN | 3ALXA7001LDLY2463 | JALE5W166P7901922 |
| State | MN | NC |
| Year | 2025 | 2024 |
| License Plate # | PAU2581 | TR1987 |
| Owner's D.L. # | NONE | NONE |
| Home Telephone | | |
| Owner's Full Name | WALETICH CORPORATION | THE SALVATION ARMY |
| Bus. Telephone | | |
| Street | 353 INDUSTRIAL ST E | 4015 STUART ANDREW BLVD |
| Contributed To Collision | (Yes) No | Yes (No) |
| City, State & Zip | KASOTA MN 56050 | CHARLOTTE NC 28217 |

| Driver/Pedestrian's Full name | | State | Year | License Plate # | Owner's D.L. # |
|---|---|---|---|---|---|
| Unit # | Sex | Race | Street | Home Telephone | Owner's Full Name |
| # Occ | Birth Date | City, State, & Zip | | Bus. Telephone | Street |
| State | Driver's License # | Class | Insurance Company: | Contributed To Collision Yes No | City, State & Zip |
| Year | Body | Vehicle Make | VIN | | |

All Units Insurance Information
(to be completed by Investigating Officer)

| Accident Insurance Information for Unit # | Company Name | Area Code/Phone Number | Agency Name | Policy Number |
|---|---|---|---|---|
| 1 | ARCH INSURANCE CO. | 8887854677 | | ZACAT5202607 |
| 2 | ZURICH AMERICAN INS CO | | | BAP930052521 |
| | | | | |

## Automobile Liability Insurance Information

Notice of Requirement Accepted → Signature

Y N Refused to Affix Signature?
Y N Vehicle Subject to Registration in SC?

To Be Completed Below or Entered at WWW.SC-ALIR.com By Insurance Company representative. This form should not be mailed to DMV if insurance information has been submitted electronically. Reference to Unit #: ____, I hereby affirm that to the best of my knowledge the vehicle described above was insured by the below stated Insurance company on the date of the collision.

The information as contained herein is based solely upon my knowledge and belief as a representative of the above insurance company and no warranty of liability is imputed into the above mentioned insurance as I have listed herein.

| Insurance Company | Policy # | Signature | Title |
|---|---|---|---|
| | | | |

| Beginning Date: | Ending Date: | Policy Holder: | NAIC # (Assigned by S.C. Dept. of Ins.) | Bus. Telephone ( ) |
|---|---|---|---|---|
| | | | | |

Notice: If liability insurance was not in effect for your vehicle involved in the collision, the Department of Motor Vehicles could suspend your driver license and registration privileges pursuant to South Carolina Code Laws 56-9-351 and 56-10-530.

If any of the below are applicable, Disregard the above portion

- ☐ Check here if a Form SR-23, Fleet policy of 25 or more vehicles is on file with the Department of Motor Vehicles covering the vehicle
- ☐ Check here if a certificate of self-insurance has been issued by the Department of Motor Vehicles covering the vehicle and indicate the certificate number: SI - ______________________________
- ☐ Check here if liability insurance was not in effect to comply with South Carolina statutory requirements. Signature ____ Date ____

Form FR-10 Not Issued: Section 56-10-520

No FR-10 issued to Operator/Owner of Unit #: ________________

Summons Issued To:

For operating or allowing the operation of an uninsured vehicle — Summons Number: — Signature:

| Investigating Officer's Name | Rank | SCCJA# | Jurisdiction Code | Review Date | Reviewer's Name | Rank | Internal Agency Code |
|---|---|---|---|---|---|---|---|
| B. BUTLER | TFC | 6499-1151 | HP07 | 03-06-2024 | J. L. BURGESS | CPL | DPSB24CAD109062 |

SOUTH CAROLINA DPS AND DMV USE ONLY

**South Carolina**
**Uniform Traffic Collision Report**
**(For Investigating Officers)**
**Supplemental Bus & Truck Collision Report**
**(Revised 04/2009)**

Amended-Attach Copy of Original Report: ☐ | Corrected: ☐

Page 1 of 1 Pages

| Date | Time | County | Route Category | Accident Location (Route Number and Name if Any) | Auxiliary |
|---|---|---|---|---|---|
| 02-23-2024 | 1315 | 38 | (1) Interstate, 2- US Primary, 3- SC Primary, 4- Secondary, 5- County, 6- PP | ON 26 / INTERSTATE 26 | (1) Mainline, 2- Alternate, 5- Spur, 6- Connection, 7- Business, 9- Other |

## IF THIS CRASH INCLUDES:

**Any** truck that has a gross vehicle weight rating (GVWR) of more than 10,000 pounds or a gross combination weight rating (GCWR) of more than 10,000 pounds and is used on public highways, → How Many? **1**

**OR**

**Any** motor vehicle with seating to transport nine (9) or more people, including the driver → How Many? **0**

**OR**

**Any** motor vehicle *(regardless of weight)* displaying a hazardous materials placard; → How Many? **0**

## AND RESULTS IN:

**Any** fatality or fatalities → How Many? **0**

**Any** person(s) transported for immediate medical services → How Many? **0**

**Number of Vehicles Towed**

**Any** disabled motor vehicle(s) towed away from the scene → How Many? **1**

**Complete This Form Only if:**
One or More Qualifiying Vehicle(s) was involved - **AND**
One or More Qualifying Injuries/Fatalities was Sustained - **OR**
One or More Disabled Vehicle(s) was **Towed Away** From the Scene

**Access Control**
1- No Access Control
2- Full Access Control
3- Partial Access Control
Entry: **1**

**Vehicle Information**

**Gross Vehicle Weight Rating/ Gross Combination Weight Rating**
01- Less than or Equal to 10,000 Pounds
02- 10,001 - 26,000 Pounds
03- More than 26,000 Pounds
99- Unknown/Hit and Run
Entry: **03**

**Vehicle Configuration**
00- Passenger Car (only w/HAZMAT placard)
01- Light Truck (only w/HAZMAT placard)
02- Bus (seats for 9-15 people)
03- Bus (seats for 16 + people)
04- Single Unit Truck (2 axles/6+ tires)
05- Single Unit Truck (3 or more axles)
06- Truck w/Trailer
07- Truck-Tractor Only (Bobtail)
08- Tractor w/Semi-Trailer
09- Tractor w/Double Trailers
10- Tractor w/Triple Trailers
98- Other/Unable to Classify
99- Unknown/ Hit and Run
Entry: **06**

**Bus Use**
01- Not used as a bus
02- School
03- Transit/Commuter/Sch service
04- Intercity
05- Charter/Tour
06- Shuttle/Church
07- Unknown
Entry: **01**

**Cargo Body Type**
00- Bus (seats for 9-15 people)
01- Bus (seats for 16 + people)
02- Enclosed Box
03- Cargo Tank
04- Flat Bed
05- Dump
06- Concrete Mixer
07- Auto Transporter
08- Garbage/Refuse
09- Grain, Chips, Gravel
10- Pole
11- Intermodal Container
12- Log
13- Veh. Towing Vehicle
97- N/A
98- Other
99- Unknown/Hit & Run
Entry: **02**

**Trailer Length and Width**
**Length**
00- No Trailer
01- Less than 480 in. (40ft.)
02- 481 in. -576 in (48ft.)
03-577 in. or more
99- Unknown/Hit and Run
Trailer 1 Length: | Trailer 2 Length:

**Width**
00- No Trailer
01- Less than 60 in. (5ft.)
02- 61 in. - 84 in. (7ft.)
03- 85 in. or more
99- Unknown/Hit and Run
Trailer 1 Width: | Trailer 2 Width:

**Total Number of Supplemental Forms Required for this Collision:** 1

**Unit Number** 1 **FR-10 Number** SA-839423

**Carrier Information**

**Name:**

**Address:** 353 INDUSTRIAL ST E

**City:** KASOTA **State:** M N **Zip:** 5 6 0 5 0

**Business Phone Number:** 5 0 7 7 7 9 6 3 7 2

**Identification Numbers**

**U.S. DOT** 9 1 7 2 4 0 None = 0

**State Number** S C

**Carrier Type:** Is this vehicle a(n) (1) Interstate (2) Intrastate (3) Not In Commerce - Other Truck/Bus (4) Not In Commerce - Government (5) Other Operation/Not Specified Carrier? **2**

**Was a Citation Issued to this Vehicle?** 1- Yes 2- No 3- Pending **1**

**Hazardous Material Involvement**

**Was This Vehicle Carrying Hazardous Materials?**
1- Yes 2- No 3- Unkown/Hit and Run
Entry: **2**

**Did the Vehicle Have a Hazardous Material Placard?**
1- Yes 2- No 3- Unkown/Hit and Run
Entry:

**If "Yes", What Class of Hazardous Material (off placard/shipping papers)?**
01- Class 1 (Explosives)
02- Class 2 (Gases)
03- Class 3 (Flammable Liquids)
04- Class 4 (Flammable Solids)
05 Class 5 (Oxidizing Substance)
06- Class 6 (Poison/Infectious Substance)
07- Class 7 (Radioactive)
08- Class 8 (Corrosives)
09- Class 9 (Misc. Goods)
10- No Placard
99- Other/Unknown/Hit and Run

**If "Yes", enter 4 digit HAZMAT ID (Look on placard/shipping papers)?**

**Did Hazardous Material Release from this Vehicle?**
1- Yes 2- No 3- Unkown/Hit and Run **2**

**Name of Agency Notified (In Case of Release):**

| Investigator's Name | Rank | Date | Reviewer's Name | Rank |
|---|---|---|---|---|
| B. BUTLER | TFC | 03-06-2024 | J. L. BURGESS | CPL |

VOID ☐

Form S-438
Rev. 08/2017

# UNIFORM TRAFFIC TICKET

STATE OF SOUTH CAROLINA
VERSUS

CITY / COUNTY (circled) OF: ORANGEBURG

**VIOLATOR**

| FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|
| JONATHAN | BRADLEY | WILLIAMS |

STREET: 145 MAJESTIC OAK CIR

| CITY | STATE | ZIP CODE |
|---|---|---|
| BYRON | GA | 31008-6402 |

| DL STATE | DRIVER'S LICENSE NO. | NONE ☐ | CLASS | CDL |
|---|---|---|---|---|
| GA | 060280792 | | AM | ☒YES ☐NO |

| RACE | SEX | BIRTH DATE | HGT. | WGT. | HAIR | EYES |
|---|---|---|---|---|---|---|
| W | M | 05/14/1988 | 600 | 438 | BRO | BLU |

**VEHICLE**

| VEH. LIC. NO. NONE☐ | STATE | MAKE OF VEH | YEAR | TYPE |
|---|---|---|---|---|
| PAU2581 | MN | FRHT | 2020 | 16 PSGR. VEH / AUTO (circled) / BICYCLE / COMB. / COMM. VEH. / HAZ. MT. / MOPED / MTRCYCL. / PEDESTRIAN / OTHER |

| VEHICLE OWNER FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|
| JONATHAN | BRADLEY | WILLIAMS |

| OWNER STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 145 MAJESTIC OAK CIR | BYRON | GA | 31008-6402 |

INCIDENT NO.:

**YOU ARE SUMMONED TO APPEAR BEFORE THE TRIAL COURT**

**TRIAL COURT**

| NAME OF TRIAL COURT | | STREET |
|---|---|---|
| CENTRAL TRAFFIC COURT | 38101 | 1540 ELLIS AVE. |

| DATE OF TRIAL | TIME OF TRIAL | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 04/02/2024 | 09:00 | ORANGEBURG, | SC | 29116 |

**VIOLATION**

| VIOLATION SECTION NO. | VIOLATION - COURT APPEARANCE REQUIRED YES / NO (circled) |
|---|---|
| 56-05-1520(A) | Driving Vehicle Too Fast For Conditions |

| DATE OF VIOLATION | TIME OF VIOL. | SC POINTS | B.A. LEVEL |
|---|---|---|---|
| 02/23/2024 | 1536 | 2 | |

| VIOLATION LOCATION | COUNTY |
|---|---|
| I 26 I-26 W/145MM | 38 |

| LAT | LONG | CITY |
|---|---|---|
| N 33 33 38.23 | W 80 49 33.16 | ORANGEBURG |

**ARREST OFFICER**

| NAME AND RANK OF ARRESTING OFFICER | | SCCJA OFFICER NUMBER |
|---|---|---|
| B. BUTLER | TFC | 6499-1151 |

| BAIL DEPOSITED | DATE OF ARREST | BOND AMOUNT REQUESTED |
|---|---|---|
| NONE | 02/23/2024 | $232.00 |

AGENCY/TROOP: SOUTH CAROLINA HIGHWAY PATROL TROOP 7

PRESENT THIS SUMMONS TO THE TRIAL COURT SHOWN ABOVE

BE SURE YOU UNDERSTAND FROM THE ARRESTING OFFICER THE EXACT TIME AND BEFORE WHOM YOU ARE TO APPEAR. IF THIS TICKET IS WRITTEN FOR A TRAFFIC VIOLATION AND YOU FORFEIT BAIL, PLEAD GUILTY OR NOLO CONTENDERE, OR ARE CONVICTED AFTER A TRIAL, THIS VIOLATION WILL BE PLACED AGAINST YOUR DRIVING RECORD, OR FORWARDED TO YOUR HOME STATE. POINTS FOR OUT OF STATE VIOLATOR WILL BE ASSESSED BY YOUR HOME STATE LICENSING AUTHORITY AND MAY DIFFER FROM STATE TO STATE. FAILURE TO COMPLY WITH THE TERMS OF THIS SUMMONS MAY RESULT IN THE SUSPENSION OF YOUR DRIVER'S LICENSE BY YOUR HOME STATE. YOU ARE REQUIRED BY LAW TO APPEAR IN COURT FOR CERTAIN OFFENSES.

SEE IMPORTANT INFORMATION ON THE REVERSE SIDE OF THIS TICKET

**VIOLATOR'S COPY**

TICKET # **20242351063736**

## NOTICE

THE PRIMARY AIM OF TRAFFIC LAW ENFORCEMENT IS TO REDUCE TRAFFIC ACCIDENTS, INJURIES AND DEATHS THROUGH FAIR, IMPARTIAL, AND REASONABLE ENFORCEMENT OF THE LAWS.

You must settle the case hereby made against you in one of the following ways:

1. You must appear in court at the appointed time with your South Carolina driver's license if indicated in the violation block on the front side of this summons.

2. You may post a cash bond with the appropiate trial court prior to the assigned data of trial. If you decide to mail in your bond rather than go to the office, MAIL MONEY ORDER, CASHIER'S CHECK OR CERTIFIED CHECK DIRECTLY TO THE TRIAL COURT OFFICE BEFORE WHOM YOU ARE SUMMONED TO APPEAR. The trial court name and address shown on The front side of this summons. DO NOT MAIL CASH OR PERSONAL CHECK. Be sure to enclose with the bond the arresting officer's name and the summons number.

3. If a court appearance is not mandatory, you may pay your fine online with a credit card for citations issued in participating counties. Go to http://sc.gov/OnlineServices/Pages/CourtPayments.aspx to determine if online payments are available in the county the citation was issued.

4. You may appear in court on the assigned date and time and have a trial conducted by the Trial Judge.

THE POSTING OF BOND BEFORE YOUR ASSIGNED TRIAL DATE IN NO WAY AFFECTS YOUR RIGHT TO HAVE A FAIR TRIAL BY THE JUDGE OR, IF YOU MAKE A WRITTEN REQUEST BEFORE YOUR SCHEDULED TRIAL BY JURY.

However, if you are NOT required to appear in court on the assigned trial date and have previously posted bond and do not appear on the trial date, your bond may be forfeited unless the judge has agreed to have your case heard at another time.

If you fail to post bond or personally appear in court on the assigned trial date, you will be tried in your absence and, if convicted, your home state's Motor Vehicle Division will be notified to suspend your license until you have cleared this matter with the trial court. Additionally, a willful failure to appear or post bond is punishable as a separate offense by a fine of up to $200.00 or imprisonment of up to 30 days.

South Carolina Department of Public Safety

# UNIFORM ADMINISTRATIVE REPORT

Incident/Event Type(s): FOIA-25040729

| | | |
|---|---|---|
| 1. | Officer: B.K. Butler | |
| 2. | Date: 04/25/2025 | Time: 1550 |
| 3. | County: Orangeburg | |

Narrative:

No in-car video located in reference to FOIA 25040729.

Witness

James Howell
Officer's Signature

James Howell
Supervisor's Signature

Troop/Unit Use Only

Comments:

Captain's Signature

Deputy Director's Signature

Administrator, Office of Human Resource