**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ORANGEBURG DIVISION**

| | |
|---|---|
| MELTON K. WEST<br><br>Plaintiff,<br><br>-vs-<br><br>WALETICH CORPORATION D/B/A WALETICH TRANSPORTATION AND JONATHAN B. WILLIAMS,<br><br>Defendants. | C/A No.: 5:25-cv-08705-MGL<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PUNITIVE DAMAGES AND NOTICE OF WITHDRAWAL OF CLAIM FOR PUNITIVE DAMAGES** |

Plaintiff hereby provides the following Response to Defendant's Motion for Partial Summary Judgment:

In the interests of simplification of the issues before the Court and jury, Plaintiff has elected not to pursue his claim for punitive damages against either defendant. Plaintiff will not introduce evidence admissible for the sole purpose of establishing punitive damages at the trial of this case. Plaintiff agrees either to amend his complaint to exclude this claim, or consents to any order the Court may enter to effectuate the disposal of Plaintiff's punitive damages claim.

**MORGAN & MORGAN**

BY *s/ Cooper Klaasmeyer*
James G. Biggart II, Esq.
Federal ID: 14195
Cooper Klaasmeyer, Esq.
Federal ID: 14272
4401 Belle Oak Dr., 3rd Floor
North Charleston, South Carolina
(843) 973-5348
***Attorney for Plaintiff***

North Charleston, South Carolina
October 28, 2026